UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 0:20-CV-21993-MGC**

MARVELI RAYO,
           Plaintiff,

Vs.

I.C. SYSTEM, INC., &
MD NOW MEDICAL CENTERS, INC.
           Defendants.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF
MD NOW MEDICAL CENTERS, INC.**

The undersigned attorney files this Notice of Appearance on behalf of Defendant MD NOW MEDICAL CENTERS, INC.  As such, all communications, pleadings, and filings regarding this present action should be directed to the undersigned attorney.

**CONSENT**

The undersigned hereby acknowledges that we have read this form and consent to the appearance of and representation by Randy M. Goldberg, Esquire of the Florida Heath Care Law Firm, as our attorney in the above captioned matter.

By: _*Keith Gordon*_____
Keith Gordon, as Chief Executive Officer of
MD NOW MEDICAL CENTERS, INC.

**CERTIFICATIONS BY ATTORNEY**

I hereby certify that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

1

I hereby certify that a copy of this pleading which was filed with the Clerk of the Court was provided to the Plaintiff's attorneys: Jibrael S. Hindi, Esquire, jibrael@jibraellaw.com, & Thomas J. Patti, Esquire, tom@jibraellaw.com, 110 SE 6th Street, #1744, Ft. Lauderdale, FL 33301;  Paul A. Herman, Esquire, paul@consumeradvocatelaw.com, 4801 Linton Blvd, #11A-560, Delray Beach, FL 33445; Joel A. Brown, Esquire, Joel.brown@friedmanandbrown.com, 3323 NW 55th Street, Ft. Lauderdale, FL 33309; via the Court's ECM/ECF Portal on May 26, 2020.

> /s/ RANDY M. GOLDBERG, ESQUIRE
> Florida Healthcare Law Firm
> 151 NW 1st Avenue
> Delray Beach, FL 33444
> 754-224-0867
> FBN: 045187
> randy@randygoldberglaw.com
> randymgoldberg@gmail.com