IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21993

**MARVELI RAYO,**

    **Plaintiff,**

v.

**I.C. SYSTEM, INC. and
MD NOW MEDICAL CENTERS, INC.,**

    **Defendants.**
_____/

## DEFENDANT I.C. SYSTEM, INC.'S ANSWER AND
## AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant, I.C. SYSTEM, INC., and files this Answer and Affirmative Defenses to the Plaintiff's Complaint and states:

### JURISDICTION AND VENUE

1. Admitted for jurisdictional purposes only, otherwise, denied.

2. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

3. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

### PARTIES

4. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

5. Defendant admits it is a Minnesota corporation with a principal place of business located in St. Paul, Minnesota.

6. Admitted that Defendant is in the business of collecting financial obligations and that it uses the telephone and mail in that regard. Otherwise, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

7. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

8. This paragraph of Plaintiff's Complaint is not directed at Defendant, therefore, no response is required. To the extent a response is required, however, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

9. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

## **DEMAND FOR JURY TRIAL**

10. Defendant admits Plaintiff demand a trial by jury on all counts and issues so triable.

## **FACTUAL ALLEGATIONS**

11. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

12. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

13. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

14. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

15. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

16. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

17. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

18. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

19. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

20. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

21. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

22. Admitted that Defendant is in the business of collecting financial obligations. Otherwise, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

23. Admitted that Defendant is in the business of collecting financial obligations. Otherwise, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

24. Admitted that Defendant is in the business of collecting financial obligations owed or due or asserted to be owed or due to another. Otherwise, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

25. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

26. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

27. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

28. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

29. Admitted to the extent "Exhibit A" attached to Plaintiff's Complaint speaks for itself. Otherwise, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

30. Admitted to the extent "Exhibit A" attached to Plaintiff's Complaint speaks for itself. Otherwise, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

31. Admitted to the extent "Exhibit A" attached to Plaintiff's Complaint speaks for itself. Otherwise, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

**COUNT I – 15 U.S.C. § 1692e and 1692e(2)(A) (against I.C. System, Inc.)**

32. Defendant incorporates and re-asserts its responses to paragraphs 1-31 as if fully re-stated herein.

33. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

34. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

35. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

36. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant,

and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

### COUNT II – FLA. STAT. § 559.72(9) (against I.C. System, Inc.)

41. Defendant incorporates and re-asserts its responses to paragraphs 1-31 as if fully re-stated herein.

42. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

43. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

44. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

45. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

46. Denied.

47. Denied.

48. Denied.

### COUNT III – FLA. STAT. § 559.72(5) (against MD Now)

49. Defendant incorporates and re-asserts its responses to paragraphs 1-31 as if fully re-stated herein.

50. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is

without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

51. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

52. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

53. This paragraph fails to comply with Rule 8(a)(2) as it does not contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* As such, the inclusion of this paragraph is not relevant to Plaintiff's particularized claim against Defendant, and Defendant is not required to respond. To the extent a response is required, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

54. This paragraph of Plaintiff's Complaint is not directed at Defendant, therefore, no response is required. To the extent a response is required, however, Defendant is without

sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

55. This paragraph of Plaintiff's Complaint is not directed at Defendant, therefore, no response is required. To the extent a response is required, however, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

56. This paragraph of Plaintiff's Complaint is not directed at Defendant, therefore, no response is required. To the extent a response is required, however, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

57. This paragraph of Plaintiff's Complaint is not directed at Defendant, therefore, no response is required. To the extent a response is required, however, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Complaint.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

Defendant asserts that if it is assumed, *arguendo*, that Defendant violated a statute as alleged in Plaintiff's Complaint, which presupposition Defendant denies, such violation was not negligent or intentional, and resulted from a *bona fide* error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### **SECOND AFFIRMATIVE DEFENSE**

Defendant asserts, without admitting any liability whatsoever, that Plaintiff's claims may be barred in whole or in part by the applicable statute of limitations found in the FDCPA and/or the FCCPA.

## DEMAND FOR A JURY TRIAL

Defendant demands a trial by jury of all issues so triable.

WHEREFORE, Defendant, respectfully requests this Court to DISMISS Plaintiff's claims with prejudice and for any such other relief as this court deems just and proper.

        Respectfully submitted by:

        /s/ Joseph c. Proulx
        JOSEPH C. PROULX, ESQ.
        Florida Bar No.: 0056830
        DALE T. GOLDEN, ESQ.
        Florida Bar No.: 0094080
        **GOLDEN SCAZ GAGAIN, PLLC**
        201 North Armenia Avenue
        Tampa, Florida 33609-2303
        Phone: (813) 251-5500
        Fax: (813) 251-3675
        jproulx@gsgfirm.com
        dgolden@gsgfirm.com
        *Counsel for Defendant, I. C. System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

/s/ Joseph c. Proulx
JOSEPH C. PROULX, ESQ.
Florida Bar No.: 0056830
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
jproulx@gsgfirm.com
dgolden@gsgfirm.com
*Counsel for Defendant, I. C. System, Inc.*