UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 0:20-CV-21993-COOKE/GOODMAN

MARVELI RAYO,
             Plaintiff,

Vs.

I.C. SYSTEM, INC., &
MD NOW MEDICAL CENTERS, INC.
             Defendants.
_____/

## DEFENDANT MD NOW's RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendant MD NOW MEDICAL CENTERS, INC. ("MD Now") in accordance with the

Federal Rules of Civil Procedure and in accordance with the Court's Order of Referral and Order

Regarding Court Practices and Procedures [ECF-19] files this their Response to the Plaintiff's

Statement of Claim [ECF-21] served on Defendant MD NOW on July 24, 2020; and in support

thereof states.

## DENIAL OF PLAINTIFF'S STATEMENT OF CLAIM

1.     The Plaintiff claims that Defendant MD Now billed her and sought collection

efforts through IC Systems, for services that she received regarding her workers' compensation

injury on January 15, 2019.  These allegations are denied in their entirety.

2.     On January 13, 2019, MD Now provided the Plaintiff with services related to her

workers compensation injury, wherein she was provided with the pre-operative clearance she

sought from MD NOW.   This is supported by the documents attached hereto

1

[MD.NOW.DOS.011319.Bates-1-34.]  Any fees for these services were billed to the Plaintiff's Workers Compensation carrier or employer and not the Plaintiff.

3.    On January 15, 2019, MD Now provided medical services unrelated to the workers compensation pre-operative evaluation and injury, at the request of the Plaintiff as she did not have a current primary care physician and needed to address, seek treatment for and obtain prescription medications for her non-work-related health issues (i.e. Type 2 Diabetes Mellitus without complications; Hypertension; Iron Deficiency Anemia.).   The billing and collection attempts at issue in this action are related to the medical services that the Plaintiff requested and received – not the Workers Compensation case.   This is supported by the documents attached hereto [MD.NOW.DOS.011519.Bates-1-19.]

4.    The Plaintiff knew that she was responsible for her non-workers compensation medical treatment as she knowingly requested this treatment, acknowledged her financial responsibility for this treatment, and she provided her personal health insurance information and paid $55.00 at the time of the service. [MD.NOW.DOS.011519.Bates-1-19.]

5.    The billing invoice at issue in this action is the balance that was due for the medical treatment that the Plaintiff requested and which she received and which was not related to the workers compensation that she received earlier. [MD.NOW.DOS.011519.Bates-1-19.]

6.    The documents attached hereto unequivocally support Defendant MD NOW's denial of the Plaintiff's Statement of Claim and the allegations set forth in the Complaint.

7.    Accordingly, the Plaintiff's claim against Defendant MD NOW, under Fla. Stat §559.72(9), et al., is meritless and should fail.

WHEREFORE, MD NOW requests that this Honorable Court enter an order dismissing the pending action against them; together with whatever further relief that this Court deems to be fit and proper.

## CERTIFICATION BY ATTORNEY

I hereby certify that a copy of this pleading which was filed with the Clerk of the Court was provided to the Plaintiff's attorneys: Jibrael S. Hindi, Esquire, jibrael@jibraellaw.com, & Thomas J. Patti, Esquire, tom@jibraellaw.com, 110 SE 6th Street, #1744, Ft. Lauderdale, FL 33301;  Paul A. Herman, Esquire, paul@consumeradvocatelaw.com, 4801 Linton Blvd, #11A-560, Delray Beach, FL 33445; Joel A. Brown, Esquire, Joel.brown@friedmanandbrown.com, 3323 NW 55th Street, Ft. Lauderdale, FL 33309; and Co-Defendant I.C. Systems, Inc., Joseph C. Proulx, Esquire, Dale T. Golden, Esquire, Golden Scaz Gagain, PLLC, 201 North Armenia Avenue, Tampa, FL 33609-2303, jproulx@gsgfirm.com, dgolden@gsgfirm.com; via the Court's ECM/ECF Portal on **July 28, 2020**.

/s/ RANDY M. GOLDBERG, ESQUIRE
Florida Healthcare Law Firm
151 NW 1st Avenue
Delray Beach, FL 33444
754-224-0867
FBN: 045187
randy@randygoldberglaw.com
randymgoldberg@gmail.com

3

**MD.NOW.DOS.011319.Bates-1-34**



**BRK MD NOW MEDICAL CENTERS INC**

## RAYO, MARVELI
### 11/06/1977
### 2019-01-13

## Visit Summary

**Diagnosis**
Encounter for preprocedural cardiovascular examination Pre-op examination Injury of left knee, initial encounter

**Additional Notes**
-

**Referral Information**
-

**Next Appointment**
Follow up with your Surgeon within 2-3 days for further evaluation,Return here or ER IMMEDIATELY if worsen or no improvement

## Tests

| Test | Results |
|------|---------|
| Urinalysis, Office | No Result Yet |
| -Comprehensive Metabolic Panel (CMP)* | No Result Yet |
| -Prothrombin Time w/ INR (PT)* | No Result Yet |
| -CBC w/ diff/plt* | No Result Yet |
| -Partial Thromboplastin Time (PTT), Activated* | No Result Yet |
| EKG 12-LEAD, ATRIA/MORTARA | No Result Yet |

**ABOUT YOUR RESPONSIBILITIES**

AFTER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR PROBLEM AND OBSERVE IT'S PROGRESS. IF YOU DO NOT IMPROVE AS EXPECTED, OR ARE WORSE, DO ONE OF THE FOLLOWING, IMMEDIATELY: CONTACT YOUR DOCTOR, OR SPECIALIST, OR CALL MD NOW, OR RETURN HERE

**THE DOCTOR THINKS YOUR SYMPTOMS MAY BE DUE TO DIAGNOSIS/ SYMPTOMS LISTED ABOVE**

Keep this in mind: **DIAGNOSIS WITH 100% CERTAINTY IS NOT POSSIBLE** in the Urgent Care Center. Therefore, if you find you are not getting better, another diagnosis is possible, and you must see your doctor, or return here.

**Above Normal Body Mass Index** Today, your Body Mass Index (BMI) was measured above 30. The correlation between the BMI and body fatness is fairly strong[1,2,3,7], but even if 2 people have the same BMI, their level of body fatness may differ[2]. In general, At the same BMI, women tend to have more body fat than men. At the same BMI, Blacks have less body fat than do Whites[13,14], and Asians have more body fat than do Whites[15] At the same BMI, older people, on average, tend to have more body fat than younger adults. At the same BMI, athletes have less body fat than do non-athletes. The accuracy of BMI as an indicator of body fatness also appears to be higher in persons with higher levels of BMI and body fatness.[16] While, a person with a very high BMI (e.g., 35 kg/m²) is very likely to have high body fat, a relatively high BMI can be the results of either high body fat or high lean body mass (muscle and bone). A trained healthcare provider should perform appropriate health assessments in order to evaluate an individual's health status and risks.

**Laboratory Testing**
**ABOUT YOUR RESPONSIBILITIES:**

**DO NOT** wait for the laboratory results before seeking immediate medical attention If you are experiencing a life-threatening emergency call 911." If you think or feel that there is an emergency, but are not sure, assume it is an emergency and DIAL 911.

AFTER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR CONDITION AND OBSERVE ITS PROGRESS. IF YOU **DO NOT IMPROVE** AS EXPECTED, OR **ARE WORSE**, IMMEDIATELY: CONTACT YOUR DOCTOR, OR SPECIALIST, OR CALL MD NOW, OR RETURN HERE.

MD.NOW.DOS.011319-000001

1. **Send out Labs**: Lab tests taken today will be send to an outside laboratory. Most lab tests will take approximately 3 to 5 days to process the results. <u>Some test (i.e. Cultures) might take up to 15 days for results to be complete</u>. Today we are able to schedule a follow up visit if requested. At your follow up visit you will have the chance to discuss the results of those test we performed <u>if lab tests have returned</u> and you will also have the chance to discuss the status of your medical condition with the provider. **Depending on your insurance coverage, you may be subject to additional fees billed by an outside laboratory. It is your responsibility to understand your Laboratory benefits under your insurance contract.**

2. **Results**: When the results have returned, you will receive and automated phone call if your labs are **"Within Normal Range"**. If your results are **"Out of the Normal Range"** a Medical Assistant (MA) will call you and advise that your results are available and we still recommend <u>a follow up visit</u> at any of our clinics to discuss with the provider the status of your medical condition, as well as the significance of the results that have been received. The Medical Assistant will NOT be able to discuss specific results over the phone in order to protect your privacy. *Any HIV (Human Immunodeficiency Virus) results MUST be picked up by the patient in person and will not be available to retrieve from the patient portal. If the HIV results are out of the normal range they must be discussed with a Provider at all times.*

3. **Patient Portal**: If you provided us with your e-mail address you will receive a user name and temporary password that will allow you to log in to your <u>**Patient Portal**</u> where you will be able to retrieve your lab results after they have been reviewed by the provider. You will also be able to view your visit summary. You will receive an email with this information. If you did not provide us with an e-mail address during registration, please inform Check Out before the end of your visit and request a Patient Portal Brochure.

4. **Follow up Appointments**: If you choose to request a **follow up appointment to be seen by the MD Now provider** and review your results, you will be asked to <u>sign in for an office visit</u>. You will be charged another office visit per your insurance payment responsibility.

5. If you have not been called or your labs are <u>not posted in the patient portal within 4 days of your initial visit</u> please contact us to get an update on the time frame for your results; *just remember some results might take up to 15 days to return from the laboratory* You must follow up OR return to MD NOW Urgent Care Center OR your Physician/Specialist as directed.

6. If you choose to **follow up with a different Provider outside of MD NOW** you will need to sign a <u>medical records release</u> or have your doctor send us one.

7. You may receive a call back tomorrow or the next day to check on your condition and to verify if there is any improvement. If you are not called back by our staff, please call us and let us know how you are feeling.

**P**atient Portal: If you provided us with your e-mail address you will receive a user name and temporary password that will allow you to log in to your <u>**Patient Portal**</u> where you will be able to view your Visit Summary of your visit with the provider. You will receive an email with this information. If you did not provide us with an e-mail address during registration, please inform Check Out before the end of your visit and request a Patient Portal Brochure.

**T**o access your Medical Discharge Instructions for today's visit: Log into Patient Portal. MDNOW.COM/PATIENTPORTAL. Once on **t**he Dashboard, click on Medical Records, then click on Visit Summary. To Access Lab Results, click on Lab/ Diagnostic Results. **Please note you will not have access to any reports from Diagnostic imaging facilities you may have been referred to.**
Report any changes in your condition or concerns you may have immediately to MD Now Urgent Care Center, your Family Physician, or go **t**o the nearest Hospital Emergency Room.

**I**f there is NO improvement, or your condition WORSENS, call your Primary Care Physician, RETURN to **MD NOW Urgent Care Center, or go to the nearest Emergency Room. If you are experiencing a life-threatening emergency call 911!** *Federal law defines an emergency medical condition as follows:*
*A*n "emergency medical condition" means a medical condition manifesting itself by acute symptoms of sufficient severity (including severe *p*ain, psychiatric disturbances, and/or symptoms of substance abuse) such that the absence of immediate medical attention could *r*easonably be expected to result in: Placing the health of the individual (or, with respect to a pregnant woman, the health of a woman of her *u*nborn child) in serious jeopardy; Serious impairment to any bodily functions; Serious dysfunction of any bodily organ or part.
**I**f you think or feel that there is an emergency, but are not sure, assume it is an emergency and DIAL 911.

**PATIENT ACKNOWLEDGEMENT:**

I understand the physical examination, medical care or any vaccinations which I may have received are not intended to be complete and definitive care and treatment. I acknowledge I have been instructed to contact my Primary Care Physician, or a Specialist, immediately for continued and complete medical care and treatment. EKG's, X-Rays, and lab studies (If any) will be reviewed by our Physicians (not a Specialist). The patient may be notified of significant discrepancies. If requested, a Specialist referral will be given.

I understand, and agree, that all of my questions concerning my examination, medical treatment or vaccines have been answered. I agree I have read and reviewed this document and received Patient Education regarding my Visit.

**Next Appointment:** Follow up with your Surgeon within 2-3 days for further evaluation, Return here or ER IMMEDIATELY if worsen or no improvement

✔ Received discharge instructions                ✔ Verbalizes understanding                ✔ Prescription Given

MARVELI RAYO                                                                      2019-01-13

*Print Patient Name*                        *Patient Signature/Guarantor*                        *Date*

MD.NOW.DOS.011319-000003

**Patient:** RAYO, MARVELI
**Account Number:** 1557333
**DOB:** 11/06/1977   **Age:** 41 Y   **Sex:** Female
**Phone:** 789-548-6787
**Address:** 3223 NW 11TH CT, MIAMI, FL-33127-3219

**Provider:** George Tabi, MD
**Date:** 01/13/2019

## Subjective:

**Chief Complaints:**
  1. \*\*PRE OP// ORDERS IN CHART \*\* .

**HPI:**
  **Assessment:**
    Urgent Care Visit
      Description of symptoms   *Pt here for pre-op clearance*
      Associated body part/system   *Other (describe)*
      Duration of symptoms   *Other (describe)*
      What was going on when the symptoms occurred?   *N/A*
      Is the patient uncomfortable or in pain?   *No*
      Describes pain or symptoms as:   *Other (describe)*
      Timing/Course of Symptoms (How often/when do symptoms occur?)   *Other (describe)*
      Does anything improve or worsen symptoms?   *No*
      Are there any associated symptoms?   *No*
      Are symptoms related to a prior illness or injury?   *No*
      Has the patient tried OTC intervention or received treatment elsewhere?   *No*
    Pre-Operative Screening
      Procedure?   *meniscectomy repair , meniscus root repair or arthrotomy with any necessary bony or soft tissue repair*
      Surgeon Name?   *(unknown name listed), only Surgical Assistant, Physician assistant unknown also*
      Body Part   *knee*
      Allergy to Latex?   *none*
      Anesthesia Complications Previously?   *none*
      Dentures   *none*
      Date of Surgery?   *1/25/2019*
      History of MRSA Infection?   *none*

**ROS:**
  **Constitutional:**
    no Fever/Pyrexia. no Muscle Cramps/Spasm. no Headaches. no Bleeding. no Loss of appetite/Anorexia.
  **Allergy:**
    no Runny nose. no Sinus congestion. no Post-nasal drip.
  **Cardiology:**
    no Chest pain. no Palpitations. no Shortness of breath. no Irregular Beats. no Murmurs.
  **Dermatology:**
    no Redness. no swelling. no Wound.
  **Endocrinology:**
    no Fatigue. no Excessive sweating. no Excessive thirst. no Excessive urination. no Weight loss. no Sleep disturbance. no Cold intolerance. no Heat intolerance. no Weight gain.
  **ENT:**
    no Cough. no Sore throat. no Nasal congestion.
  **Gastroenterology:**
    no Nausea. no Vomiting. no Abdominal pain. no Diarrhea. no Constipation.
  **Hematology/Lymph:**

**Patient:** RAYO, MARVELI

**DOB:** 11/06/1977

no Swollen Lymph Nodes.  no Easy bruising.

**Musculoskeletal:**

no Joint swelling.  no Joint stiffness.  no Back pain.  no Neck pain.  no Pain in limbs/extremity.

**Neurology:**

no Gait abnormality.  no neck stiffness.

**Opthalmology:**

no Diminished vision.  no Loss of vision.  no Pain in eye/periorbital pain.

**Respiratory:**

no Shortness of breath.  no Chest wall-rib pain.  no Cough.  no Wheezing.

**Medical History:**  HIGH BLOOD PRESSURE, Diabetes mellitus.

**Surgical History:** CHILD BIRTH .

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.

**Family History:**  Father: deceased.  Mother: alive.

**Social History:**

Smoking/ Tobacco Use Assessment

Smoking history  *Patient is a Non-smoker*

Interest in quitting  *Patient is a Non-smoker*

Alcohol Screening

Did you have a drink containing alcohol in the past year?  *No*

If "Yes": How Often?  *Monthly or Less*

If "Yes": How many drinks did you have day?  *0*

If "Yes": How often did you have 6 or more drinks on one ocassion?  *Never*

**Medications:** Taking metformin , Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Initials **kb**, BP **127/79**, HR **68**, RR **18**, O2 Sat **100**, Temp **98.8**, Ht **60**, Wt **160 lbs**, BMI **31.24 Index**, Pain 0 to 10 (10 worse) **0**, Last Tetanus **unk**, Preg? **denies**, LMP **denies** .

**Examination:**

General Examination:

General NAD, Normal and Healthy Appearing, Alert & Oriented x 3, Active & Ambulatory.

HEENT PERLA, EOMI, pharynx and tonsils normal, TM's clear, Ear canals normal, nose clear.

Oral cavity Normal-no lesions, airway patent.

Neck supple, no lymphadenopathy, normal ROM of C-Spine.

Heart Normal, RSR, normal S1/S2, No Murmurs.

Lungs CTA/Normal, No Crackles, Rhonchi or Wheezes, good air exchange.

Abdomen soft, NT/ND, BS present, no rebound, guarding or rigidity, no masses felt, no hepatosplenomegaly.

Neurologic exam No focal deficits/Grossly Intact/Unremarkable, no meningeal signs, gait normal, normal strength, tone and reflexes, neuromuscular intact.

Skin normal, no rash .

Peripheral pulses normal (2+) bilaterally.

Back no CVA tenderness, normal ROM of spines.

Extremities normal ROM, no clubbing, cyanosis or edema, Muscle tone and Sensations normal, NO Homans Sign, all other joints & extremities normal, no obvious

**Patient:** RAYO, MARVELI

**DOB:** 11/06/1977

abnormality/injury noted.
Peri-Operative Assessment:
Risk Factor INTERMEDIATE RISK.

## Assessment:

Assessment:
1. Encounter for preprocedural cardiovascular examination - Z01.810 (Primary)
2. Pre-op examination - Z01.818
3. Injury of left knee, initial encounter - S89.92XA

## Plan:

LAB: Urinalysis, Office

| | |
|---|---|
| Color | yellow |
| Clarity | clear |
| SG | 1.020 |
| pH | 7.0 |
| BLO | trace-intact |
| LEU | neg |
| NIT | neg |
| BIL | neg |
| KET | neg |
| PRO | neg |
| GLU | neg |
| URO | 0.2eu/dl |

Wooten,Kanitha 01/13/2019 08:50:11 AM EST > kb

Imaging: EKG 12-LEAD, ATRIA/MORTARA
Wooten,Kanitha 01/13/2019 08:46:41 AM EST > kb BARJON,KATIANA 01/13/2019
09:02:14 AM EST > KB

Notes: Pt states she is having a left knee arthroscopy

Follow surgeons recommendations

EKG showed no acute pathology.

Others
Notes:
Based on our medical consultation and evaluation today, we consider this patient to be at
**INTERMEDIATE RISK** for a peri-Operative cardiac event.

**PLEASE NOTE:** This preoperative risk stratification, along with any testing, labs, referrals and
recommendations were based on today s current history and physical exam, along with the
patient s self-reported past medical, surgical, and family history, and their self-reported
allergies and current medications. We have evaluated the patient based on our examination
today and may have obtained additional testing and labs requested by the patient s surgeon.
We are not the patient s surgeon nor primary care provider and limited or no medical records

**Patient:** RAYO, MARVELI

**DOB:** 11/06/1977

were available for review during the visit. The final decision to proceed with the surgical procedure is ultimately up to the patient s surgeon to decide after weighing the overall risk and benefits to the patient of the proposed surgical procedure.

**Provider:** George Tabi, MD
**Patient:** RAYO, MARVELI  **DOB:** 11/06/1977  **Date:** 01/13/2019

Electronically signed by GEORGE TABI , MD on 01/13/2019 at 08:07 PM EST
Sign off status: Completed

**Patient:** RAYO, MARVELI

**DOB:** 11/06/1977



ID: 1587333
DOB: 06-Sep-1977
41yr, Female

Vent rate:        78 BPM
PR int:          132 ms
QRS dur:          91 ms
QT/QTc:      359/393 ms
P-R-T axes:    58  28  -2

SINUS RHYTHM
NORMAL ECG

UNCONFIRMED REPORT



### Orthopaedic Associates, USA (Miami Lakes)

15600 N.W. 67th Ave Suite 306
Miami Lakes, FL 33014
Phone: (954) 476-8800
Fax: (954) 476-1362

## Patient Demographics

**Marveli Rayo**                    (201420)

| | | | | |
|---|---|---|---|---|
| Birth Date: | 11/06/1977 | Language | Undefined | Referred to: | Marc Ialenti |
| Gender: | Female | | | Privacy Level | Any Caregiver |
| Home Address: | 1250 NW 21ST ST Miami, FL 33142 Phone: (786) 548-6787 Cell: (786) 548-6787 | Work Address | (not available) | Employee Disposition Status | (not available) (not available) Undefined |
| Preferred Notification Method | Undefined | Blood Type: | Undefined | | |
| Relation to Guarantor | Self | Emergency Information | | | |
| Guarantor Name: | Marvell Rayo | Guarantor Information | 1250 NW 21ST ST Miami, FL 33142 Phone: (786) 548-6787 Cell: (786) 548-6787 | Notes: | ATHENA ACCOUNT # 196547 |

## Insurance

| Carrier | | Subscriber | Worker's Comp |
|---|---|---|---|
| Normandy Ins/S1 MEDICAL ATT: MEDICAL Bill. Type of plan: Worker's Comp (404) 880-4438 | Group number: NONE Plan number: 48FL0005647 | Marvell Rayo (DOB: 11/06/1977) Phone: (786) 548-6787  1250 NW 21ST ST Miami, FL 33142 | Yes |

## Primary Care Physician

JAN-11-2019 16:04 From:OAUSA PCC          9543432039          To:13059498090          Page:1/7

# Orthopaedic Associates, USA (Miami Lakes)



15600 N.W. 67th Ave Suite 306
Miami Lakes, FL 33014
Phone: (954) 476-9800
Fax: (954) 476-1362

## Orders

*1/25/2019*
*Park Creek Surgery Center*

**Ordering Site**
Orthopaedic Associates, USA (Miami Lakes)
15600 N.W. 67th Ave Suite 306
Miami Lakes, FL 33014
Phone: (954) 476-9800
Fax: (954) 476-1362

*MD NOW*
*Ph. 305.949.4141*
*Fx. 305. 949. 8090*

Date: 01/11/2019
**Patient Information**

Marveli Rayo
1250 NW 21ST ST
Miami, FL 33142
(786) 548-6787
Gender: Female          Date of Birth: 11/06/1977

**Patient Insurance Information**

Normandy Ins/S1 MEDICAL ATT: MEDICAL BIL (484) 880-4438
Group #NONE
Plan #18FL0005647

**NOTES:**
- Knee Left Arthroscopy with Medial Meniscectomy **KNEE ARTHROSCOPY MEDIAL MENISECTOMY, LEFT**
  **DX:** Left knee medial meniscus tear (S83.232A)
  **Consent:** Left knee arthroscopy , medial meniscectomy or repair, possible medial meniscus root repair, possible arthrotomy with any necessary bony or soft tissue repair or excision
  **ICD-10:** S83.232A, M65.862          **CPT:** 29881, 29882
  **Admission Status:** Outpatient
  **Duration of Procedure:** 90 minutes
  **Surgical Assistant:** Physician Assistant
  **Anesthesia:** General
  **Patient Position:** Supine
  **Instrument Company:** Stryker Air Meniscus repair, Stryker Meniscal Root Repair (Ceterix, ACL drill guide, endobutton drill, endobutton)
  **Pre-op Antibiotic:** Ancef 1 GM IV in Preop area if no PCN allergy. Otherwise, Clindamycin 600mg IV in Pre-op area
  **Pre-Op Clearance:** Needed
  **Pre-Op Labs:** CBC, SMA 7, EKG, (for Female patients: UA, Bhcg)
  **Post-Op Cryotherapy:** Pneumatic Compression Device (NICE)
  **Continuous Passive Motion:** None needed
  **DME Needed:** Crutches

*PNEUMATIC COMPRESSION DEVICE (E0675)* 1 Ordered

**Allergies**
No Known Drug Allergies 05/07/2018

**End of Orders**

Patient Name: RAYO,MARVELI   DOB: 11/06/1977   Account No: 1557333   MRN:
Intake Form: Sign In -Questions  Upload Date: Jan 15 2019 , 06:02 PM
**<u>Patient preference regarding communication of medical information</u>**

*I hereby give permission to disclose and discuss any information related to my medical condition(s)
with the following family member, relative, or other person:*

Additional Demographic Questions
Social Security Number

Employer Name

**NOTE: This individual will be listed as your emergency contact.
Contact Name: I hereby give permission to disclose and discuss any information related to my medical condition(s)
with the following family member, relative, or other person:

Emergency Contact Number
Contact Number

Emergency Contact Relationship
Contact Relationship

Voicemail
Allowed to leave a Voicemail?

○ Yes   ○ No

Would you like your flu shot today?

MD.NOW.DOS.011319-000013



Corporate Office: MD Now Medical Centers, Inc.

2007 Palm Beach Lakes Blvd
West Palm Beach, FL 33409

Phone 561-420-8555
Fax 561-420-8550
Email: info@mdnow.com

January 18, 2019

Dear Dr. Orthopedic Associates:

As per your request for medical consultation we performed a Pre-Operative Medical Consultation on your patient **MARVELI RAYO** at MD Now Medical Centers, on 01/13/2019 regarding their surgery for left knee scheduled on/or about 01/25/2019. This evaluation included a medical history and physical examination including specific laboratory and/or diagnostic tests to evaluate this patient's current medical conditions and health status, in order to estimate their peri-operative surgical risk profile. The detailed history and physical examination/s and testing results are attached.

As always the potential risk of the surgery has to be weighed against the benefits to the patient, and of course there is no surgical procedure that is completely without any risk. But based on a detailed patient assessment, relative levels of risk for a peri-operative cardiac event can be estimated and categorized taking into account multiple factors, including well established risk stratification guidelines developed by the American College of Cardiology, the American Heart Association and the American College of Physicians. This is noted for your patient below. Additionally, we may also provide additional recommendations and advice on a course of action to reduce risk and/or control any potential medical concerns or issues which may arise.

<u>Based on our medical consultation and evaluation, we consider this patient to be at a **INTERMEDIATE RISK** for a Peri-Operative cardiac event and it is recommended that they can proceed to surgery, however caution should be advised to closely monitor the patient's condition.</u> A little closer peri-operative and post operative management should be considered.

PLEASE NOTE: This "preoperative risk stratification," along with any testing, labs, referrals and recommendations were based on today's current history and physical exam, along with the patient's self-reported past medical, surgical, and family history, and their self-reported allergies and current medications. We have evaluated the patient based on our examination today and may have obtained additional testing and labs requested by the patient's surgeon. We are not the patient's surgeon nor primary care provider and limited or no medical records were available for review during the visit. The final decision to proceed with the surgical procedure is ultimately up to the patient's surgeon to decide after weighing the overall risk and benefits to the patient of the proposed surgical procedure.

Should you have any questions, please contact Priscillia Mejia, MD Now's Pre-Op Consultation Coordinator at 954-958-5858, or contact Dee Edmondson at 561-967-8771 and/or Lori Shumaker at 561-420-8541.

Thank you very much for the opportunity to consult on your patient.

Sincerely,

Consulting Physician
MD                     Now                  Medical                 Centers,                 Inc.

MD Now Urgent Care Centers
5216 N Federal Highway
Fort Lauderdale, FL 33308     Visit Us Online! • www.MyMDNow.com
Phone 954-958-5858 Fax 954-958-5959

MD.NOW.DOS.011319-000014

**BRK MD NOW MEDICAL CENTERS INC**

1250 SOUTH MIAMI AVE  MIAMI , FL 33130-4100

Tel: 305-571-6250   Fax: 305-571-6251

George Tabi, MD

Family Practice

| Patient: | RAYO, MARVELI | |
|---|---|---|
| DOB: | 11/06/1977, Sex: Female | 05/26/2020 |
| Address: | 3223 NW 11TH CT, MIAMI, FL, US 33127-3219 | |
| Phone: | 789-548-6787 | |

| Ordered Date: | 01/13/2019 |
|---|---|
| Assessments: | Encounter for preprocedural cardiovascular examination - Z01.810 |
| Lab: | EKG 12-LEAD, ATRIA/MORTARA |
| Fasting: | No |
| Specimen: | |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Result: | | |
| Received Date: | | |
| Notes: | Wooten,Kanitha 01/13/2019 08:46:41 AM EST > kb | |
| | BARJON,KATIANA 01/13/2019 09:02:14 AM EST > KB | |

Patient Name: RAYO, MARVELI , DOB: 11/06/1977

MD.NOW.DOS.011319-000015

## *Orthopaedic Associates, USA (Miami Lakes)*



Orthopaedic

15600 N.W. 67th Ave Suite 306
Miami Lakes, FL 33014
Phone: (954) 476-8800
Fax: (954) 476-1362

## Orders

1/25/2019

Park Creek Surgery Center

MD NOW
Ph. 305.949.4141
Fr. 305.949.8090

**Ordering Site**

Orthopaedic Associates, USA (Miami Lakes)
15600 N.W. 67th Ave Suite 306
Miami Lakes, FL 33014
Phone: (954) 476-8800
Fax: (954) 476-1362

Date: 01/11/2019

**Patient Information**

Marveli Rayo
1250 NW 21ST ST
Miami, FL 33142
(786) 548-6787
Gender: Female          Date of Birth: 11/06/1977

**Patient Insurance Information**

Normandy Ins/S1 MEDICAL ATT: MEDICAL BIL (484) 880-4438
Group #NONE
Plan #18FL0005647

**NOTES:**

- Knee Left Arthroscopy with Medial Meniscetomy **KNEE ARTHROSCOPY MEDIAL MENISECTOMY, LEFT**
  **DX:** Left knee medial meniscus tear (S83.232A)
  **Consent:** Left knee arthroscopy , medial meniscectomy or repair, possible medial meniscus root repair, possible arthrotomy with any necessary bony or soft tissue repair or excision
  **ICD-10:** S83.232A, M65.862          **CPT:** 29881, 29882
  **Admission Status:** Outpatient
  **Duration of Procedure:** 90 minutes
  **Surgical Assistant:** Physician Assistant
  **Anesthesia:** General
  **Patient Position:** Supine
  **Instrument Company:** Stryker Air Meniscus repair, Stryker Meniscal Root Repair (Ceterix, ACL drill guide, endobutton drill, endobutton)
  **Pre-op Antibiotic:** Ancef 1 GM IV In Preop area if no PCN allergy. Otherwise, Clindamycin 600mg IV in Preop area
  **Pre-Op Clearance:** Needed
  **Pre-Op Labs:** CBC, SMA 7, EKG, (for Female patients: UA, Bhcg)
  **Post-Op Cryotherapy:** Pneumatic Compression Device (NICE)
  **Continuous Passive Motion:** None needed
  **DME Needed:** Crutches

PNEUMATIC COMPRESSION DEVICE (E0675) 1 Ordered

**Allergies**
**No Known Drug Allergies** 05/07/2018

**End of Orders**

Marc Ialenti

01/11/2019
Date

MD.NOW.DOS.011319-000017

## Orthopaedic Associates, USA (Miami Lakes)



15600 N.W. 67th Ave Suite 306
Miami Lakes, FL 33014
Phone: (954) 476-8800
Fax: (954) 476-1362

### Patient Demographics

## Marveli Rayo          (201420)

| Birth Date: | 11/06/1977 | Language: | Undefined | Referred by: | Marc Ialenti |
|---|---|---|---|---|---|
| Gender: | Female | | | Privacy Level: | Any Caregiver |
| Home Address: | 1250 NW 21ST ST Miami, FL 33142 Phone: (786) 548-6787 Cell: (786) 548-6787 | Work Address: | (not available) | Employer Occupation: Status: | (not available) (not available) Undefined |
| Preferred Notification Method: | Undefined | Blood Type: | Undefined | | |
| Relation to Guarantor: | Self | Emergency Information: | | | |
| Guarantor Name: | Marvell Rayo | Guarantor Information: | 1250 NW 21ST ST Miami, FL 33142 Phone: (786) 548-6787 Cell: (786) 548-6787 | Notes: | ATHENA ACCOUNT # 196547 |

### Insurance

| Carrier | | Subscriber | Worker's Comp |
|---|---|---|---|
| Normandy IIns/S1 MEDICAL ATT: MEDICAL BIL Type of plan:: Worker's Comp (484) 880-4438 | Group number: NONE Plan number: 48FL0005647 | Marvell Rayo (DOB: 11/06/1977) Phone: (786) 548-6787 1250 NW 21ST ST Miami, FL 33142 | Yes |

### Primary Care Physician



# *Orthopaedic Associates, USA (Miami Lakes)*

15600 N.W. 67th Ave Suite 306
Miami Lakes, FL 33014
Phone: (954) 476-8800
Fax: (954) 476-1362

**Marvell Rayo**                    **Patient #: 201420**

**Date of Encounter:**  12/10/2018 03:00 PM          **DOB:** 11/06/1977 (41 years)

## History of Present Illness

The patient is a 41 year old female who presents with knee pain. Ms. Rayo has returned with her CD of her MRI for review as well as her interpreter. She continues to have mostly inside of the knee pain and back of the knee pain. This is worst with ambulation and going up and down the stairs. She has had some swelling as well. She has not had any therapy. Her injury was about two months ago. Her pain has slightly improved since then. She has been doing light duty work. She has had some mild catching, but no locking. She denies numbness or tingling in her left lower extremity.

### Interval History

Ms. Rayo returns today for re-evaluation. She continues to have pain in the inside and back of her knee. She was injured at work about 4 months ago. She was injured when she hyperextended her knee while walking down the stairs. She continues to have some swelling. She had attempted physical therapy over the past few months, but continues to have pain and swelling. She has some mild catching on the inside aspect of her knee as well. She does not have a new injury. She has had difficulty at work. She states that they are not following her restrictions at work. She has severe pain by the end of the day. Her pain is a 8 out of 10 with ambulation. She has swelling by the middle of the day as well. She does not have any instability in her knee. She feels that her therapy may be making her worse.

12/10/18- She states that not much has changed since her last visit. She continues to have 8 out of 10 pain. She has had her housing situation secured.

## Allergies
No Known Drug Allergies 05/07/2018

## Past Medical History
MEDIAL MENISCUS TEAR, LEFT, INITIAL ENCOUNTER (S83.242A)
CHONDROMALACIA, KNEE, LEFT (M94.262)
MEDIAL MENISCUS TEAR, LEFT, SUBSEQUENT ENCOUNTER (S83.242D)

## Family History
Arthritis
Asthma

## Social History
Dominant Hand
Current work status; House-keeper for South beach group hotels
Non smoker / no tobacco use
Non drinker / no alcohol Use
No drug use
Marital status

## Medication History
Crutches-Aluminum (1 (one), Taken starting 08/13/2018) Active - Hx Entry.
Naproxen (500MG Tablet 1 Tablet Oral twice a day with food, Taken starting 08/13/2018) Active - Hx Entry.
Advil (100MG Tablet Chewable, Oral) Active.

## Past Surgical
Cesarean Delivery

MD.NOW.DOS.011319-000019

## Review of Systems

**General** Not Present- Chills and Fever.
**Skin** Not Present- Boils, Itching and Rash.
**HEENT** Not Present- Blurred Vision, Double Vision, Ear Infection, Eye Pain, Headache, Seasonal Allergies, Sinusitis and Sore Throat.
**Neck** Not Present- Neck Pain.
**Respiratory** Not Present- Cough, Shortness of Breath and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Elevated Blood Pressure and Varicose Veins.
**Gastrointestinal** Not Present- Abdominal Pain, Heartburn, Indigestion, Nausea and Vomiting.
**Female Genitourinary** Not Present- Frequency, Painful Urination and Urinary Retention.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Tingling and Tremor.
**Psychiatric** Not Present- Are you unhappy with your life, Do you feel severely Depressed and Have you considered suicide.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst, Heat Intolerance and Tired-Sluggish.
**Hematology** Not Present- Blood Clots and Gland problems.
All other systems negative

## Vitals

12/10/2018 03:00 PM
**Weight:** 163 lb **Height:** 62 in
**Body Surface Area:** 1.75 m² **Body Mass Index:** 29.81 kg/m²
**Pain level:** 8/10

## Physical Exam

The physical exam findings are as follows:
Patient is a 40-year-old female.

General: No acute distress, appropriate responses

KNEE EXAM – Affected Side

Side: Left
Gait: Antalgic
Quadriceps atrophy: Mild
Tenderness: Posterior knee, medial joint line, posterior medial joint line, slight medial collateral ligament, medial and lateral patella facet
Non-Tender: LCL, lateral joint line, medial femoral condyle, lateral femoral condyle, patella tendon, quadriceps tendon, pes anserine, gerdy's tubercle
ROM: 0-125 (0-135)
Effusion: Mild

Meniscus Exam
Medial Meniscus: tenderness to palpation, positive mcmurrays, positive thessaly, positive duck walk
Lateral Meniscus: slight tenderness to palpation, negative mcmurrays, negative thessaly, negative duck walk

Ligament Exam
Lachman: 1A
ACL: neg ant drawer
PCL: neg post drawer
MCL: stable at 0 and 30
LCL: stable at 0 and 30

Pivot Shift Test: negative
Dial test: negative

Patellofemoral exam
Patella grind: positive
Patella instability: none
Passive lateral patellar tilt: neutral

Distally the patient's neurovascular status is intact throughout with 2+DP/PT pulses and sensation intact to light touch throughout including sural/saphenous/superficial peroneal/deep peroneal/tibial

Unaffected side –

Normal with full range of motion, ligamentous stability, and no tenderness to palpation. The patient stands in neutral alignment. There are no skin lesions or rashes. Distal pulses are 2+ and there is brisk capillary refill in all five toes. There is no lymphadenopathy, effusion, erythema or soft tissue swelling. Strength is 5/5 throughout the lower extremity and sensation is intact to light touch throughout.

MD.NOW.DOS.011319-000020

-11-2019 16:06 From:OAUSA PCC          9543432039          To:13059498090          Page:6/7

Right hip: No skin lesions, no edema, full range of motion, 5/5 strength throughout, skin warm and well-perfused, sensation intact to light touch

Left hip: No skin lesions, no edema, full range of motion, no gross instability, 5/5 strength throughout, skin warm and well-perfused, sensation intact to light touch

Right ankle: No skin lesions, no edema, no gross instability, full range of motion, 5/5 strength throughout, skin warm and well-perfused, sensation intact to light touch

Left ankle: No skin lesions, no edema, no gross instability, full range of motion, 5/5 strength throughout, skin warm and well-perfused, sensation intact to light touch

**Assessment & Plan**
**CHONDROMALACIA, KNEE, LEFT (M94.262)**
Current Plans:

**MEDIAL MENISCUS TEAR, LEFT, SUBSEQUENT ENCOUNTER (S83.242D)**
Current Plans:

**MEDIAL MENISCUS TEAR, LEFT, INITIAL ENCOUNTER (S83.242A)**
Current Plans:
- PNEUMATIC COMPRESSION DEVICE (E0675) ; Routine ()
- Restarted Aspirin 325MG, 1 (one) Tablet once daily with food, #14, 14 days starting 12/10/2018, No Refill.
- Restarted Zofran 4MG, 1 (one) Tablet three times daily, as needed, #10, 5 days starting 12/10/2018, No Refill.
- Restarted Colace 100MG, 1 (one) Capsule 2 times a day with food, #40, 20 days starting 12/10/2018, No Refill.
- Restarted Norco 5-325MG, 1 (one) Tablet four times daily, as needed, #20, 3 days starting 12/10/2018, No Refill.
- Continued Naproxen 500MG, 1 Tablet twice a day with food, #60, 12/10/2018, No Refill.
- Continued Crutches-Aluminum, 1 (one).
- **KNEE ARTHROSCOPY MEDIAL MENISECTOMY, LEFT**
  **DX:** Left knee medial meniscus tear (S83.232A)
  **Consent:** Left knee arthroscopy , medial meniscectomy or repair, possible medial meniscus root repair, possible arthrotomy with any necessary bony or soft tissue repair or excision
  **ICD-10:** S83.232A, M65.862          , **CPT:** 29881, 29882
  **Admission Status:** Outpatient
  **Duration of Procedure:** 90 minutes
  **Surgical Assistant:** Physician Assistant
  **Anesthesia:** General
  **Patient Position:** Supine
  **Instrument Company:** Stryker Air Meniscus repair, Stryker Meniscal Root Repair (Ceterix, ACL drill guide, endobutton drill, endobutton)
  **Pre-op Antibiotic:** Ancef 1 GM IV in Preop area if no PCN allergy. Otherwise,Clindamycin 600mg IV in Pre-op area
  **Pre-Op Clearance:** Needed
  **Pre-Op Labs:** CBC, SMA 7, EKG, (for Female patients: UA, Bhcg)
  **Post-Op Cryotherapy:** Pneumatic Compression Device (NICE)
  **Continuous Passive Motion:** None needed
  **DME Needed:** Crutches

We had a lengthy discussion regarding her left knee today. She has a medial meniscus tear. Her tear is mostly posterior horn and extends towards the meniscal root. There appears to be involvement of the posterior meniscal root. There is some mild meniscal extrusion as well. She also has grade II chondromalacia within the medial compartment, as well as some possible areas of grade III chondromalacia She also has chondromalacia of her patellofemoral compartment. We had a lengthy discussion regarding her diagnosis, prognosis and treatment options.

We discussed the situation in her medial compartment. She has a meniscus tear with possible compromise of the posterior root attachment. We discussed meniscal root tears as well as their effect on knee kinematics. She already has some breakdown in her medial compartment. There is concern that her meniscal root tear will lead to further breakdown of her medial compartment.

We discussed multiple treatment options. We discussed rest, ice, activity modification, physical therapy and bracing

MD.NOW.DOS.011319-000021

**Patient Name : RAYO, MARVELI**

**Payment Policy**
For commercial insurance, MD Now Medical Centers, Inc. (hereinafter referred to as ?MD Now?) collects from you the estimated amount of patient responsibility based on our insurance contracts and the eligibility information provided by your insurance company at the time of service. If nothing is owed at the time of service, then MD Now will not collect any money. Following your visit, you may receive an explanation of benefits (EOB) from your insurance company stating the amount paid by your insurer and the remaining balance owed by you, if any.

MD Now accepts credit / debit cards, checks, and cash as valid forms of payment.

As a courtesy to our patients, MD Now keeps a credit / debit card authorization on file for each patient visit and will charge the card for any balance not paid by your insurance for that visit only. MD Now will also automatically refund your card if there are any amounts owed to you. If you have provided us your email address, you will receive an email with the receipt for any charge or refund. If your visit has a $0 balance, then there will be no further charge or refund.

The security of your personal information is very important to us, which is why your credit / debit card data is stored securely by First Data in a PCI DSS compliant credit card system, as required by VISA, MasterCard, American Express, and Discover. MD Now?s clinic staff do not have access to your credit card information, and the data is not stored on any MD Now computer system.

Payment Authorization
I authorize MD Now to charge my credit / debit card for any outstanding patient responsibility balances that remain after insurance reimbursements have been applied for authorized medical services received at MD Now. I also authorize MD Now to issue a refund to the same credit / debit card if there is a balance due to me. I understand that I will be billed directly by, and agree to pay, MD Now for any outstanding balances should my credit / debit card be declined or cancelled. I also agree to reimburse MD Now the fees of any collection agency, which may be up to 40% of the balance owed, along with all costs and expenses, including reasonable attorneys? fees, if incurred in such collection efforts. If my account is sent to collections, such fees will be assessed by the collection agency on behalf of MD Now. Similarly, I understand that I may be responsible for my balance due to any chargeback, reversal, or dispute as a result of my credit card company?s or bank?s refusal to remit payment to MD Now.

Cardholder / Representative Authorizing Signature

Date

Cardholder / Representative Printed Name

Signed On: 2019-01-13
08:01:014

**Patient Name : RAYO, MARVELI**

PATIENT CONSENTS, RESPONSIBILITIES, AND DISCLOSURES
For purposes of these consents, responsibilities, and disclosures, the company names of ?MD NOW Medical Centers, Inc.?; ?Primary Care MD, Inc.?; and ?MD NOW Urgent Care, Inc.?; hereon will be referred to as ?MD NOW.?
*Section I:*
Registration Consent and Disclosure
Insurance verification and/or payment is required for every office visit, all medical services, and/or any time spent with one of our doctors or medical providers at the time of services.  There is always a Doctor working in the facility at all times; however, you may see a Certified Nurse Practitioner or Certified Physician?s Assistant (working alongside our board certified physician) after you check in to be seen. You may specifically request to be seen by a physician; however, you may have to wait a little longer to do so.
There are no guarantees that any patient will improve, get better, or be cured. Patients may need to return for continued medical care, advice, or further treatment and will be required to pay at the beginning of each visit for any follow up care visits, return visits, and/or any time spent with a medical provider, to include additional medical services at the time of that visit. Medical advice may only be given after a patient is checked in and evaluated by one of the medical providers, and not by the front desk staff. *The front desk staff does not have the authority to give any verbal guarantee of specific treatment or medications.*
Patients may be referred to another doctor, a specialist, a hospital, or the ER for continued care, additional medical advice, or more definitive medical care. There are no guarantees given, and a patient?s final diagnosis or continued treatment may differ from their initial evaluation, diagnosis, treatment, or plan of care. In medicine, there are no 100% guarantees of a cure or improvement, and payment is for the medical office visit, any services, and/or time with our medical providers.
MD NOW is not a "pain clinic" and as such, MD NOW does not provide long term or chronic pain management services.  MD NOW does NOT administer, dispense, or prescribe Oxycontin, Methadone, MS Contin, or similar class II narcotic pain medication or Suboxone (Subutex) treatments. All prescriptions, therapies, medical analyses, and treatments are rendered under a provider's license, and there are no guarantees that MD NOW providers will prescribe a specific medication that you may desire.
Only after a medical examination is performed, a licensed medical provider may prescribe, dispense, or administer a medication if believed to be appropriate for your medical treatment. All medications are given under our medical providers? licenses, and no refunds will be given because the treatment, prescription, or drug of your choice was not given.  Our front desk staff is not authorized to provide or suggest any medical advice, make any agreements regarding the nature of the care you will receive, and/or guarantee that a specific treatment or medication will be provided.
It is the policy of MD NOW that patients and visitors are responsible for all personal belongings and valuables brought within any of the facility premises, including patient rooms. MD NOW will not assume liability or legal responsibility for replacing or making reimbursements of lost, misplaced, stolen, or damaged belongings and valuables.
If you have any questions, comments, advice, or complaints regarding your medical care, please feel free to contact the Medical Director and/or Office Administrator at info@mymdnow.com. If you have any billing questions, please contact our billing department at billing@mymdnow.com. You may also contact MD NOW?s administration/billing at 561-420-8555. The billing department is available for questions Monday through Friday 8am-8pm, and Saturday and Sunday 8am-4pm.
*By signing on the signature page, I understand and agree to the contents of section I.*
*Section II:*
Health Insurance Portability and Accountability Act
Consent for Purposes of Treatment, Payment, and Healthcare Operations:
By signing this form, I consent to the use or disclosure of any protected health information for the purpose of diagnosis, providing treatment, continuation of care, obtaining payment for rendered health care services and procedures, and to conduct health care operations.
I understand that I have the right to request a restriction as to how my protected health information is used or disclosed to carry out treatment, payment, or healthcare operations of the practice. MD NOW is not required to agree to the restrictions that I may request.  I have the right to revoke this consent in writing, at any time, except to the extent that MD NOW has taken action in reliance on this account.
My ?protected health information? means health information, including my demographic information collected from me, and collected or received by my physician, another health care provider, a health plan, my employer, or a health care clearinghouse. This protected health information can be related to my past, present, or future physical or mental health or condition and identifies me, or there is a reasonable basis to believe this information may identify me.
I understand that I have the right to review, MD NOW?s Notice of Privacy Practices prior to signing this document and that MD NOW?s Notice of Privacy Practices has been made available to me. The Notice of Privacy Practices describes the types of uses and disclosures of my protected health information that can occur in my treatment, payment of my bills, or in the performance of health care operations of MD NOW

MD.NOW.DOS.011319-000023

the Notice of Privacy Practices. I may obtain a revised notice of privacy practices by calling the office and requesting a revised copy be sent by mail or by asking for one at the time of my next appointment. I understand that the notice is posted on MD NOW?s web site at: *http://www.MyMDNow.com/HIPAA.html*
*By signing on the signature page, I understand and agree to the contents of section II.*

**Section III:**
Insurances and Accepted Forms of Payment
Self-Pay:  MD NOW has affordable self-pay fees for office visits, vaccinations, and other comprehensive medical services. You can pay via debit, credit, cash, or check. Please inquire at the front desk for these prices, or ask the medical assistant at time of service.
Private Health Insurance:  MD NOW accepts most major Florida health insurances (e.g., Aetna, Cigna, BCBS, United, Humana, Avmed, etc.), and some travel and other commercial insurances, including select PPOs and HMOs.  However, you are responsible for payment of your bill, regardless of any insurance company?s arbitrary determination of usual and customary rates.  MD NOW will attempt to verify your coverage; however, this is a contract between you and your insurance company and not a substitute for payment. Deductibles, co-pays, and coinsurance are your financial responsibility under your benefit plan. Some services may not be covered under our contract with the insurance; MD NOW will attempt to advise you in advance of the costs.
Workers? Compensation:  According to Florida state law, all claims sent for patients being treated due to a workers? compensation injury will be sent through the workers? compensation insurance.  Health insurance policies generally exclude payment for any benefits for work-related injuries; therefore, we cannot file to your health insurance unless the injury is denied by your employer because it is not work-related, or your employer elects to pay out of pocket for your care.  Billing and specific workers? compensation injury related information may be sent to your employer (Florida Statute Chapter 440).
Motor Vehicle Accidents:  According to Florida state laws, all claims sent for patients being treated due to a motor vehicle accident will be sent through the individual patient?s auto insurance policy.  All claims will be submitted according to the coordination of benefit rules of the primary payer (auto insurance).  MD NOW may not file under your health insurance as a secondary to the auto insurance (per 42 U.S.C. 1395y (b) (2) and 1862(b) (2) (A) (ii) of the Act). See PIP packet for further details.
Medicare:MD NOW accepts Medicare and follows its guidelines in submitting claims to Medicare and any in-network Medicare replacement plans. If you do not have a secondary insurance, you will be responsible for your deductible, coinsurance, and non-covered services. MD NOW will submit to your secondary insurance if we are in-network; however, depending on your policy, you may be responsible for any remaining balance.
Medicaid:  MD NOW does not accept Medicaid, except for a few select HMO plans (Amerigroup, etc.).
*By signing on the signature page, I understand and agree to the contents of section III*
**Section IV:**
Patient Consents and Responsibilities
INFORMED CONSENT FOR GENERAL MEDICAL AND MINOR SURGICAL TREATMENT:  I hereby authorize MD NOW, the physician(s), physician assistant(s) and/or the nurse practitioner(s) in charge of my care to administer any treatment, receive results of tests and services rendered, administer anesthetics and medications, and perform surgical procedures, laboratory tests (including blood tests for any disease or condition and any genetic test, as appropriate). Consent is given for MD NOW to provide these treatments and procedures, as outlined in its list of services provided (and/or discussed with the provider). Risks and/or benefits will be discussed with the physician(s), physician assistant (s) and/or the nurse practitioner(s) and/or documented, as appropriate. I acknowledge that I have the opportunity to discuss any questions, issues, or concerns with the provider prior to receiving any testing, treatment, or minor procedure for my condition. Any and all results will remain the property of the patient and shall remain confidential. I also authorize MD NOW, the physician(s), physician assistant(s), and/or the nurse practitioner(s) in charge of my care to dispose of any tissues or body parts removed, as deemed necessary or advisable in my diagnosis and treatment. I understand that no guarantee has been made as to the results of the care, treatment, and/or medications given to me. I understand that Urgent Care Medicine is not intended to be complete and definitive care and/or treatment, and as such it is even more important that I follow up with my internal medicine physician, pediatrician, or family medicine practitioner, and with any and all specialists recommended to me by MD NOW?s staff.
FINANCIAL AGREEMENT:  I hereby guarantee payment of all charges incurred for services rendered at MD NOW unless a current valid authorization for payment is provided by my employer or insurance company.  I hereby acknowledge that if I am over the age of 18 years old, I am personally responsible for any amounts deemed as patient responsibility, whether I am listed as a dependent of or the policy holder of any insurance plan. In addition, I understand that if I am the legal representative or custodian of a minor, I assume any and all financial responsibility resulting from services rendered to the minor.  I understand the cost of my medical care is dependent upon the nature and complexity of my illness or injury, and the determination of which can only be established by the physician or medical practitioner in charge of my care. Additional charges for lab work, x-rays, medications, physical therapy, and pharmacy services may apply. I understand that any verbal information given to me by center staff regarding MD NOW fees and services is for informational purposes only and represents in no way a contract between MD NOW and me. No verbal contracts have

MD.NOW.DOS.011319-000024

than $1 (one dollar), your account may have a credit balance. The amount will be rounded to the next dollar.

RELEASE OF LIABILITY: In consideration for the rendition of medical services, I hereby voluntarily release, waive, and discharge MD NOW, their staff, contractors, lessors, heirs, successors, and/or assigns from any and all claims, demands, damages, costs, loss of services, expenses, compensation, and causes of action of any nature whatsoever connected with the rendition of medical services which I, my spouse, my heirs, my assigns, my legal representatives, or my successors may have against any of them arising out of, or in any way growing out of personal injuries or death having already resulted or to result at any time in the future, whether or not they are in the contemplation of the parties at the present time. I understand that this waiver includes any claims based on negligence, action or inaction of MD NOW, their staff, contractors, lessors, heirs, successors, and/or assigns. I understand I have other options to seek medical treatment elsewhere, but I voluntarily choose to be treated here. I have carefully read this release and fully understand and agree with its contents. I am aware that this is a release of liability and a contract between myself and MD NOW and said staff, employees, and contractors, and I sign it of my own free will.

ASSIGNMENT OF BENEFITS: If MD NOW participates with my insurance program(s), I understand that MD NOW, as a courtesy to me, will submit the charges for my visit to my primary and secondary insurance carriers. I assign payment directly to MD NOW. I understand that I am financially responsible for any covered or non-covered services which are not paid by my primary or secondary insurance. Any credit balance resulting from payment of insurance or other sources may be applied to other accounts owed to MD NOW or physicians by the insured or family.

PRIVATE INSURANCE: I understand that ?insurance? is a contract between my insurance company and me and not a substitute for payment and that I am responsible for payment of my bill regardless of any insurance company?s arbitrary determination of usual and customary rates. I hereby acknowledge that if I am over the age of 18 years old, I am personally responsible for any amounts deemed as patient responsibility, whether I am listed as a dependent of or the policy holder of any insurance plan. In addition, I understand that if I am the legal representative or custodian of a minor, I assume any and all financial responsibility resulting from services rendered to the minor. If there is any question regarding coverage, benefits, or payment for services provided, I understand that it is my responsibility to resolve it. Furthermore, a fee of $20 shall be applied to my account in the event that my insurance reverses a claim payment for any reason.

FINANCIAL RESPONSIBILITY AND COLLECTION: If my balance is not paid after 60 days, the information necessary for collection purposes will be forwarded to a professional collection agency. Furthermore, refundable credits of less than $20 will be applied towards any outstanding balances and/or held as credit on account for any future visits unless a refund is requested. After each year, a fee of $10 may be applied to my delinquent account. Further, in the event of referral to a collection agency or other third party, I agree to pay a charge of up to 40% of the outstanding principal amount of any balance not paid after 60 days to cover MD NOW?s and/or any third party?s collection-related costs. In the event of any dispute regarding payment for services provided, I agree to pay all attorney?s fees and court costs incurred at the trial level and in any appellate court.

MEDICARE ASSIGNMENT AND AUTHORIZATION TO RELEASE INFORMATION AND PAYMENT REQUEST: I certify that the information I provided to apply for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authorize the release of all medical or other information to Social Security Administration. I assign benefits that payment be made directly to MD NOW for charges that MD NOW may be authorized to bill. I understand that I am responsible for any deductibles, coinsurances, co-payments, and non-covered services, as applicable.

USES AND DISCLOSURES OF HEALTH INFORMATION: I understand that MD NOW will use and disclose my personal health information to provide treatment, process payment claims, and/or as necessary for healthcare operations (e.g., Utilization Review, etc.), or as required by law. This includes release of information to insurance carriers, third party payers or their agents, ancillary medical providers (e.g., physical therapy, occupational therapy, imaging facilities, etc.), other medical providers, and law enforcement agencies with any right to privacy waivers, including any treatment for mental illness, alcohol abuse, drug abuse, and/or HIV, as may be necessary. For details of uses and disclosures, refer to MD NOW?s Notice of Privacy Practices.

PATIENT HIPAA FORM: I have been given the opportunity to review MD NOW?s Health Insurance Portability and Accountability Act Notice of Privacy Practices.

EMAIL NOTIFICATION: I was given the option of ?opting in? to receive email communication, patient portal access, surveys, and newsletters. I understand that if I provide an email address, I may receive emails from MD NOW.

*By signing on the signature page, I understand and agree to the contents of section IV.*

**Notice About Nondiscrimination and Accessibility Requirements**

*Section V:*

Discrimination is Against the Law

MD Now Urgent Care complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. MD Now Urgent Care does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

MD Now Urgent Care:

Provides free aids and services to people with disabilities to communicate effectively with us, such as:
Qualified sign language interpreters.
Written information in other formats (large print, audio, accessible electronic formats, other formats)
Provides free language services to people whose primary language is not English, such as
Qualified interpreters
Information written in other languages

MD.NOW.DOS.011319-000025

If you believe that MD Now Urgent Care has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance with: Clinical Quality Assurance Coordinator, 2007 Palm Beach Lakes Blvd., West Palm Beach, FL 33409, Tel: 561-420-8555, Fax: 561-420-8550, Email: info@mdnow.com

You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Clinical Quality Assurance Coordinator, is available to help you. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at: https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services, 200 Independence Avenue, SW, Room 509F, HHH Building Washington, D.C. 20201

1-800-368-1019, 1-800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

*By signing on the signature page, I understand and agree to the contents of section V.*

*By my signature, I certify that I am the patient or the patient?s legal representative, and I have completely read and I fully understand and am in agreement with all the consents, releases, responsibilities, and disclosures contained in this record (Sections I, II, III, IV, & V) and voluntarily execute them. I understand that the consents regarding my personal health information are subject to revocation at any time, except to the extent that action has been taken in reliance thereon, and that said consents shall remain in effect until I choose to revoke them in writing.*

Signature of Patient or Personal Representative                    Date
*Please inquire at the front desk if you have any questions regarding the above. Any billing questions, issues, concerns, or comments, please email info@mymdnow.com, or call 561-420-8555.*

Signed On:2019-01-13
08:01:000

Patient Name: RAYO,MARVELI   DOB: 11/06/1977   Account No: 1557333   MRN:
Intake Form: Sign In -Questions   Upload Date: Jan 13 2019 , 08:01 AM

### Patient preference regarding communication of medical information

*I hereby give permission to disclose and discuss any information related to my medical condition(s)
with the following family member, relative, or other person:*

### Additional Demographic Questions

**Social Security Number**

**Employer Name**

**\*\*NOTE: This individual will be listed as your emergency contact.**

**Contact Name:** I hereby give permission to disclose and discuss any information related to my medical condition(s)
with the following family member, relative, or other person:

### Emergency Contact Number

**Contact Number**

### Emergency Contact Relationship

**Contact Relationship**

### Voicemail

**Allowed to leave a Voicemail?**

○ Yes   ○ No

Would you like your flu shot today?

MD.NOW.DOS.011319-000027

Page 1 of 1



*39720482-1A7817642*

**Vendor: eClinicalWorks**
**Quest Diagnostics : eREQ**

**Client Information:**
**Account No:** 39720482
**Name:** BRK MD NOW MEDICAL CENTERS INC
**Address:** 1250 SOUTH MIAMI AVE
**City, State, Zip:** MIAMI , FL, 33130-4100
**Phone Number:** 305-571-6250

**Patient Information:**
**Ref Lab# :** 1A7817642

| | | |
|---|---|---|
| Patient Name: RAYO, MARVELI | Sex: F | Date of Birth: 11/06/1977 |
| Patient Phone: 789-548-6787 | Pat ID: 1557333 | |
| Patient Address: 3223 NW 11TH CT | | |
| City, State, Zip: MIAMI FL 33127-3219 | | |

Coll Date: 01/13/2019   Coll Time: 12:33
Phy Name: TABI, GEORGE            UPIN: NPI: 1104180835   Phy ID: 694094

**Billing Information:**
**Bill To: Insurance**

**Responsible Party/Insured's Information:**
**Name and Insured :** RAYO, MARVELI      **Relationship:** Self
**Address:** 3223 NW 11TH CT,
**City, State, Zip:** MIAMI, FL 33127

**Insurance Info:**
**Policy#:** 48FL0005647
**Insurance Co Name :** NORMANDY INSURANCE
**Insurance Address:** PO BOX 1569
**City, State, Zip:** DEERFIELD BEACH, FL 33443

**Bill Code:** UNK
**Group Number:** 0
**Payor/Carrier Code:** UNK
**Subscriber/Member# :** RAYO, MARVELI

| Ambient Tests Ordered: | Comments: | AOE: | Diagnosis Codes: | STAT: Fasting: |
|---|---|---|---|---|
| 6399 - -CBC w/ diff/plt* | | | Z01810 | |
| 10231 - -Comprehensive Metabolic Panel (CMP)* | | | Z01810 | |
| 763 - -Partial Thromboplastin Time (PTT), Activated* | | | Z01810 | |
| 8847 - -Prothrombin Time w/ INR (PT)* | | | Z01810 | |

**Physician's Signature**

MD.NOW.DOS.011319-000028

Summary View for RAYO, MARVELI | Account Number:1557333

Page 1 of 4

**LABS/DIAGN/IMMIG**

**Patient:** RAYO, MARVELI
**Account Number:** 1557333
**DOB:** 11/06/1977  **Age:** 41 Y  **Sex:** Female
**Phone:** 789-548-6787
**Address:** 3223 NW 11TH CT, MIAMI, FL-33127-3219

**Provider:** George Tabi, MD

**Date:** 01/13/2019

## Subjective:

**Chief Complaints:**
  1. **PRE OP// ORDERS IN CHART ** .
**HPI:**
   Assessment:
        Urgent Care Visit
           Description of symptoms   *Pt here for pre-op clearance*
           Associated body part/system   *Other (describe)*
           Duration of symptoms   *Other (describe)*
           What was going on when the symptoms occurred?   *N/A*
           Is the patient uncomfortable or in pain?   *No*
           Describes pain or symptoms as:   *Other (describe)*
           Timing/Course of Symptoms (How often/when do symptoms occur?)   *Other (describe)*
           Does anything improve or worsen symptoms?   *No*
           Are there any associated symptoms?   *No*
           Are symptoms related to a prior illness or injury?   *No*
           Has the patient tried OTC intervention or received treatment elsewhere?   *No*
        Pre-Operative Screening
           Procedure?   *meniscectomy repair , meniscus root repair or arthrotomy with any necessary bony or*
soft tissue repair
           Surgeon Name?   *(unknown name listed), only Surgical Assistant, Physician assistant unknown also*
           Body Part   *knee*
           Allergy to Latex?   *none*
           Anesthesia Complications Previously?   *none*
           Dentures   *none*
           Date of Surgery?   *1/25/2019*
           History of MRSA Infection?   *none*

**ROS:**
   Constitutional:
        no Fever/Pyrexia.  no Muscle Cramps/Spasm.  no Headaches.  no Bleeding.  no Loss of
appetite/Anorexia.
   Allergy:
        no Runny nose.  no Sinus congestion.  no Post-nasal drip.
   Cardiology:
        no Chest pain.  no Palpitations.  no Shortness of breath.  no Irregular Beats.  no Murmurs.
   Dermatology:
        no Redness.  no swelling.  no Wound.
   Endocrinology:
        no Fatigue.  no Excessive sweating.  no Excessive thirst.  no Excessive urination.  no Weight loss.
no Sleep disturbance.  no Cold intolerance.  no Heat intolerence.  no Weight gain.
   ENT:
        no Cough.  no Sore throat.  no Nasal congestion.
   Gastroenterology:
        no Nausea.  no Vomiting.  no Abdominal pain.  no Diarrhea.  no Constipation.
   Hematology/Lymph:
        no Swollen Lymph Nodes.  no Easy bruising.
   Musculoskeletal:
        no Joint swelling.  no Joint stiffness.  no Back pain.  no Neck pain.  no Pain in limbs/extremity.
   Neurology:
        no Gait abnormality.  no neck stiffness.

MD.NOW.DOS.011319-000029

Summary View for RAYO, MARVELI | Account Number:1557333                    Page 2 of 4

Opthalmology:
  no Diminished vision. no Loss of vision. no Pain in eye/periorbital pain.
Respiratory:
  no Shortness of breath. no Chest wall-rib pain. no Cough. no Wheezing.

**Medical History:** HIGH BLOOD PRESSURE, Diabetes mellitus.
**Surgical History:** CHILD BIRTH .
**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.
**Family History:** Father: deceased. Mother: alive.
**Social History:**
  Smoking/ Tobacco Use Assessment
    Smoking history  *Patient is a Non-smoker*
    Interest in quiting  *Patient is a Non-smoker*
  Alcohol Screening
    Did you have a drink containing alcohol in the past year?  *No*
    If "Yes": How Often?  *Monthly or Less*
    If "Yes": How many drinks did you have day?  *0*
    If "Yes": How often did you have 6 or more drinks on one ocassion?  *Never*
**Medications:** Taking metformin , Medication List reviewed and reconciled with the patient
**Allergies:** N.K.D.A.

**Objective:**

**Vitals:** Initials **kb**, BP **127/79**, HR **68**, RR **18**, O2 Sat **100**, Temp **98.8**, Ht **60**, Wt **160 lbs**, BMI **31.24 Index**, Pain 0 to 10 (10 worse) **0**, Last Tetanus **unk**, Preg? **denies**, LMP **denies** .
**Examination:**
  General Examination:
    General NAD, Normal and Healthy Appearing, Alert & Oriented x 3, Active & Ambulatory.
    HEENT PERLA, EOMI, pharynx and tonsils normal, TM's clear, Ear canals normal, nose clear.
    Oral cavity Normal-no lesions, airway patent.
    Neck supple, no lymphadenopathy, normal ROM of C-Spine.
    Heart Normal, RSR, normal S1/S2, No Murmurs.
    Lungs CTA/Normal, No Crackles, Rhonchi or Wheezes, good air exchange.
    Abdomen soft, NT/ND, BS present, no rebound, guarding or rigidity, no masses felt, no hepatosplenomegaly.
    Neurologic exam No focal deficits/Grossly Intact/Unremarkable, no meningeal signs, gait normal, normal strength, tone and reflexes, neuromuscular intact.
    Skin normal, no rash .
    Peripheral pulses normal (2+) bilaterally.
    Back no CVA tenderness, normal ROM of spines.
    Extremities normal ROM, no clubbing, cyanosis or edema, Muscle tone and Sensations normal, NO Homans Sign, all other joints & extremities normal, no obvious abnormality/injury noted.
  Peri-Operative Assessment:
    Risk Factor INTERMEDIATE RISK.

**Assessment:**

  **Assessment:**
  1. Encounter for preprocedural cardiovascular examination - Z01.810 (Primary)
  2. Pre-op examination - Z01.818
  3. Injury of left knee, initial encounter - S89.92XA

**Plan:**

  **1. Encounter for preprocedural cardiovascular examination**
    LAB: Urinalysis, Office

MD.NOW.DOS.011319-000030

Summary View for RAYO, MARVELI | Account Number:1557333

| | |
|---|---|
| Color | yellow |
| Clarity | clear |
| SG | 1.020 |
| pH | 7.0 |
| BLO | trace-intact |
| LEU | neg |
| NIT | neg |
| BIL | neg |
| KET | neg |
| PRO | neg |
| GLU | neg |
| URO | 0.2eu/dl |

Wooten,Kanitha 01/13/2019 08:50:11 AM EST > kb

LAB: -Comprehensive Metabolic Panel (CMP)*
Wooten,Kanitha 01/13/2019 08:50:00 AM EST > kb

LAB: -CBC w/ diff/plt*
BARJON,KATIANA 01/13/2019 09:00:33 AM EST > kb

LAB: -Prothrombin Time w/ INR (PT)*
BARJON,KATIANA 01/13/2019 09:01:00 AM EST > KB

LAB: -Partial Thromboplastin Time (PTT), Activated*
BARJON,KATIANA 01/13/2019 09:01:20 AM EST > KB

Imaging: EKG 12-LEAD, ATRIA/MORTARA
Wooten,Kanitha 01/13/2019 08:46:41 AM EST > kb BARJON,KATIANA 01/13/2019 09:02:14 AM EST > KB

Notes: Pt states she is having a left knee arthoscopy

Follow surgeons recommendations

EKG showed no acute pathology.

**2. Others**
Notes:
Based on our medical consultation and evaluation today, we consider this patient to be at **INTERMEDIATE RISK** for a peri-Operative cardiac event PENDING labs and chest x-ray overread.
**PLEASE NOTE:** This preoperative risk stratification, along with any testing, labs, referrals and recommendations were based on today s current history and physical exam, along with the patient s self-reported past medical, surgical, and family history, and their self-reported allergies and current medications. We have evaluated the patient based on our examination today and may have obtained additional testing and labs requested by the patient s surgeon. We are not the patient s surgeon nor primary care provider and limited or no medical records were available for review during the visit. The final decision to proceed with the surgical procedure is ultimately up to the patient s surgeon to decide after weighing the overall risk and benefits to the patient of the proposed surgical procedure.

**Procedure Codes:** PROI PRE OP INTERMEDIATE RISK TRACKING CODE, 93000 EKG, 85730 PTT, ACTIVATED, 85025 CBC W/AUTO DIFF WBC, 85610 PROTHROMBIN TIME, 80053 Comprehensive Metabolic Panel, 81003 Urinalysis, Modifiers: QW
**Follow Up:** Follow up with your Surgeon within 2-3 days for further evaluation,Return here or ER IMMEDIATELY if worsen or no improvement

**Billing Information:**

**Visit Code:** 99203 3_Office Visit, New Pt., Level 3.
**Procedure Codes:** PROI PRE OP INTERMEDIATE RISK TRACKING CODE. 93000 EKG. 85730 PTT, ACTIVATED. 85025 CBC W/AUTO DIFF WBC. 85610 PROTHROMBIN TIME. 80053 Comprehensive Metabolic Panel. 81003 Urinalysis. Modifiers: QW

MD.NOW.DOS.011319-000031

Summary View for RAYO, MARVELI | Account Number:1557333                    Page 4 of 4

**Provider:** George Tabi, MD
**Patient:** RAYO, MARVELI  **DOB:** 11/06/1977  **Date:** 01/13/2019

Electronically signed by GEORGE TABI , MD on 01/13/2019 at 08:07 PM EST
Sign off status: Completed

**Addendum:**
   01/22/2019 01:59 PM Delafuente, Alejandro > CC update: Surgeon Name? Dr. Marc Ialenti, MD

MD.NOW.DOS.011319-000032



MD.NOW.DOS.011319-000033



MD.NOW.DOS.011319-000034

**MD.NOW.DOS.011519.Bates-1-19**

eRemittance - HUMANA INC

Page 1 of 1

eRemittance - HUMANA INC

Payee :MD NOW MEDICAL CENTER INC (010790511 )
2007 PALM BEACH LAKES BLVD
WEST PALM BEACH  FL  334096501

Payor : HUMANA INC (133052274 ) , (61101) , (610647538)
P.O. BOX 14601
LEXINGTON  KY  405124601

Date: 02/21/2019
NPI: 1033195474
TIN: 257299
Reference ID:
003680001274512
Amount: $2145.00

## Explanation of Payment

---

Claims:   1

(1)

| | | | | |
|---|---|---|---|---|
| Patient Name | **RAYO  MARVELI** | Patient ID | 113096234 | Claim Status     1 |
| Subscriber Name | - | Payer Claim ID | 201902186604787 | Claim Amount   $155.00 |
| Provider Name | PATEL  SHRUTI | Provider Claim ID | 3313719 | Paid Amount    $55.00 |
| Claim Statement Dates | 01/15/2019 - 01/15/2019 | Received Date | 02/18/2019 | Pt Responsibility $100.00 |

Claim Status Description : Processed as Primary

| Serv Date | Units | Serv Code | Billed | Paid | Allowed | Adjustments |
|---|---|---|---|---|---|---|
| 01/15/2019 - 01/15/2019 | 1 | HC<99214 | $155.00 | $55.00 | $155.00 | PR-3: $100.00 |

---

Adjustment Group Codes
CO :  Contractual Obligations
PI  :  Payor Initiated Reductions
PR :  Patient Responsibility

Adjustment Reason Codes
1    :  Deductible Amount
3    :  Co-payment Amount
27  :  Expenses incurred after coverage terminated.
131 : Claim specific negotiated discount.
146 : Diagnosis was invalid for the date(s) of service reported.
B16 :  'New Patient' qualifications were not met.
M76 : Missing/incomplete/invalid diagnosis or condition.

---

MD-NOW-DOS.011519-000001



HUMANA CHOICE CARE/COMMERCIAL
PO BOX 14601

LEXINGTON KY 405124600

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**XXX** PICA

PICA **XXX**

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 113096234-01 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RAYO, MARVELI

3. PATIENT'S BIRTH DATE
MM 11 DD 06 YY 1977  SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
RAYO, MARVELI

5. PATIENT'S ADDRESS (No., Street)
3223 NW 11TH CT

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
3223 NW 11TH CT

CITY
MIAMI
STATE
FL

8. RESERVED FOR NUCC USE

CITY
MIAMI
STATE
FL

ZIP CODE
331273219
TELEPHONE (Include Area Code)
(   )

ZIP CODE
331273219
TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES [X] NO

a. INSURED'S DATE OF BIRTH
MM 11 DD 06 YY 1977  SEX M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
[ ] YES [X] NO    PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
[ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES [X] NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM DD YY   QUAL

15. OTHER DATE
QUAL   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DQ JEFFREY P COLLINS MD

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   [ ] YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind 0

22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. E119   B. Z760   C. I10   D. D508
E.   F.   G.   H.
I.   J.   K.   L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 01 | 15 | 19 | 01 | 15 | 19 | 20 | | 99214 | | ABCD | 155 | 00 | 1 | | NPI | |
| 01 | 15 | 19 | 01 | 15 | 19 | 20 | | ICST | | ABCD | 0 | 00 | 1 | | NPI | 55 00 |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
010790511   [ ] [X]

26. PATIENT'S ACCOUNT NO.
3313719

27. ACCEPT ASSIGNMENT?
[X] YES [ ] NO

28. TOTAL CHARGE
$ 155 00

29. AMOUNT PAID
$ 55 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
PETER LAMELAS, MD
SIGNED   05 19 20   DATE

32. SERVICE FACILITY LOCATION INFORMATION
BRK MD NOW MEDICAL CENTE
1250 SOUTH MIAMI AVE
MIAMI FL 331304100
a.   b.

33. BILLING PROVIDER INFO & PH # (561) 4208555
MD NOW MEDICAL CENTERS
2007 PALM BEACH LAKES BLVD
WEST PALM BEACH FL 334096501
a.   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

MD.NOW.DOS.011519-000002

Summary View

Page 1 of 1

**Patient:** RAYO, MARVELI   **DOB:** 11/06/1977   **Phone:** 789-548-6787
**Address:** 3223 NW 11TH CT, MIAMI, FL, US, 33127-3219
**Claim Date:** 06/15/2019   **Encounter Date:** 01/15/2019
**Provider:** PATEL, SHRUTI

**Total Amount:** $ 155.00   **Payments/Adjustments:** $ 55.00   **Balance:** $ 100.00
**Claim Number:** 3313719   **Filing Status:** Patient

**ICD Codes :**

E11.9 Type 2 diabetes mellitus without complication, without long-term current use of insulin.

Z76.0 Medication refill.

I10 Essential hypertension.

D50.8 Other iron deficiency anemia.

**CPT Codes :**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99214 4_Office Visit, Est Pt., Level 4 | | 01/15/2019 | 01/15/2019 | 20-Urgent Care | 1 -Medical Care | $155.00 | 1.00 | $155.00 |
| ICST IC SYSTEM TRACKING | | 01/15/2019 | 01/15/2019 | 20-Urgent Care | 1 -Medical Care | $0.00 | 1.00 | $0.00 |

**Insurances :**

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| HUMANA CHOICE CARE/COMMERCIAL PLANS | | 113096234-01 | C1 | |

**Payment :**

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|

**Claim Data :**

**Symptom Indicator:** First Symptom Date

**Claim Header :**

**Residence Type:**

**Student Status:**

**Employment Status:**

**Primary Insurance:**

**Claim Type:** Medical

**Claim Log :**

04/19/2019   07:48 AM   ( 3017761 )ePatientStatement Submitted

03/29/2019   09:18 AM   ( 3017761 )ePatientStatement Submitted

02/18/2019   10:25 AM   ( 3017761 )Electronic Submission to HUMANA CHOICE CARE/COMMERCIAL PLANS

MD.NOW.DOS.011519-000003

Summary View for RAYO, MARVELI | Account Number:1557333                    Page 1 of 3

**Progress Notes**

**Patient:** RAYO, MARVELI
**Account Number:** 1557333                                    **Provider:** SHRUTI PATEL, MD
**DOB:** 11/06/1977  **Age:** 41 Y  **Sex:** Female                    **Date:** 01/15/2019
**Phone:** 789-548-6787
**Address:** 3223 NW 11TH CT, MIAMI, FL-33127-3219

### Subjective:

**Chief Complaints:**
   1. Check for results.

**HPI:**
   Assessment:
      Physical
         Type of Physical:  *Other (list)*
         Additional details:  *Pt presents to explain lab results*
      MD note- 41 year old female here to discuss lab results. she is requesitng refills on meds for dm, htn. takes metformin 500mg bid, unsure of last a1c, does not check bg at home. FBG done in office 148. currently in between primary care physicians. also requesting refill on lisinopril 2.5mg daily. no chest pain, dyspnea, palpitations, headaches, vision changes.

**ROS:**
   Constitutional:
      Fatigue/Weakness yes.  no Muscle Cramps/Spasm.  no Shortness of Breath.  no Vertigo/Dizziness. no Headaches.  no Bleeding.  no Loss of appetite/Anorexia.
   Allergy:
      no Runny nose.  no Sinus congestion.  no Post-nasal drip.
   Cardiology:
      no Chest pain.  no Palpitations.  no Leg swelling/edema.  no Dizziness/Vertigo.  no Shortness of breath.  no Irregular Beats.  no Murmurs.
   Endocrinology:
      no Fatigue.
   ENT:
      no Cough.  no Sore throat.  no Nasal congestion.
   Gastroenterology:
      no Nausea.  no Vomiting.  no Abdominal pain.  no Diarrhea.  no Constipation.
   Hematology/Lymph:
      no Swollen Lymph Nodes.  no Easy bruising.
   Musculoskeletal:
      no Back pain.  no Numbness/Tingling.  no Neck pain.
   Neurology:
      no Headache.  no Numbness and Tingling.  no Dizziness/Vertigo.  no neck stiffness.
   Opthalmology:
      no Diminished vision.  no Blurring of vision.  no Loss of vision.
   Respiratory:
      no Shortness of breath.  no Cough.  no Wheezing.  no Hyperventilation/Tachypneic.

**Medical History:**  HIGH BLOOD PRESSURE, Diabetes mellitus.

**Surgical History:** CHILD BIRTH .

**Family History:** Father: deceased.  Mother: alive.

**Social History:**
   Smoking/ Tobacco Use Assessment
      Smoking history  *Patient is a Non-smoker*
      Interest in quiting  *Patient is a Non-smoker*
   Alcohol Screening
      Did you have a drink containing alcohol in the past year?  *No*
      If "Yes": How Often?  *Monthly or Less*

MD-NOV-DOS-01-15-19-000004

Summary View for RAYO, MARVELI | Account Number:1557333

If "Yes": How many drinks did you have day? *0*
If "Yes": How often did you have 6 or more drinks on one ocassion? *Never*
**Medications:** Taking metformin , Medication List reviewed and reconciled with the patient
**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Initials MM, BP 122/74, HR 84, RR 18, O2 Sat 100, Temp 98.3, Ht 60, Wt 160 lbs, BMI 31.24 Index, Pain 0 to 10 (10 worse) 0, Last Tetanus UNK, Preg? Denies, LMP NA.
**Examination:**
General Examination:
General NAD, Normal and Healthy Appearing, Alert & Oriented x 3, Active & Ambulatory.
HEENT PERLA, EOMI, pharynx and tonsils normal, TM's clear, Ear canals normal, nose clear.
Oral cavity Normal-no lesions, airway patent.
Neck supple, no lymphadenopathy, normal ROM of C-Spine.
Heart Normal, RSR, normal S1/S2, No Murmurs.
Lungs CTA/Normal, No Crackles, Rhonchi or Wheezes, good air exchange.
Abdomen soft, NT/ND, BS present, no rebound, guarding or rigidity, no masses felt, no hepatosplenomegaly.
Neurologic exam No focal deficits/Grossly Intact/Unremarkable, no meningeal signs, gait normal, normal strength, tone and reflexes, neuromuscular intact.
Skin normal, no rash .
Peripheral pulses normal (2+) bilaterally.
Back no CVA tenderness, normal ROM of spines.
Extremities normal ROM, no clubbing, cyanosis or edema, Muscle tone and Sensations normal, NO Homans Sign, all other joints & extremities normal, no obvious abnormality/injury noted.

## Assessment:

**Assessment:**
1. Type 2 diabetes mellitus without complication, without long-term current use of insulin - E11.9 (Primary)
2. Medication refill - Z76.0
3. Essential hypertension - I10
4. Other iron deficiency anemia - D50.8

## Plan:

**1. Type 2 diabetes mellitus without complication, without long-term current use of insulin**
Start metformin tablet, 500 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60, Refills 0 (Zero) .
Notes: patient requesting refills on metofrmin 500mg BID. FBG 148 on recent lab work. unsure of last a1c. is looking to establish care with new pcp.
**2. Essential hypertension**
Start lisinopril tablet, 2.5 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 0 (Zero) .
Notes: BP well controlled on meds. given refill x1 month.
**3. Other iron deficiency anemia**
Start ferrous sulfate tablet, 325 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60 Tablet, Refills 0 (Zero) .
Notes: per labs, hgb 10.1 with mcv 71 consistent with iron deficiency anemia. will given ferrous sulfate. needs to have labs redrawn in 4 weeks with us or pcp. ed precuations given for any signs or symptoms of bleeding.

**4. Others**
Notes:

Diabetes is a long-term health problem. It means your body does not make enough insulin. Or it may mean that your body cannot use the insulin it makes. Insulin is a hormone in your body. It lets blood sugar (glucose) reach the cells in your body. All of your cells need glucose for fuel. When you have

MDNOW DOS 011519-000005

diabetes, the glucose in your blood builds up because it cannot get into the cells. This buildup is called high blood sugar (hyperglycemia). Your blood sugar level depends on several things. It depends on what kind of food you eat and how much of it you eat. It also depends on how much exercise you get, and how much insulin you have in your body. Eating too much of the wrong kinds of food or not taking diabetes medicine on time can cause high blood sugar. Infections can cause high blood sugar even if you are taking medicines correctly. These things can also cause low blood sugar: ,Missing meals, Not eating enough food, Taking too much diabetes medicine. Diabetes can cause serious problems over time if you do not get treated. These problems include heart disease, stroke, kidney failure, and blindness. They also include nerve pain or loss of feeling in your legs and feet, and gangrene of the feet. By keeping your blood sugar under control you can prevent or delay these problems. Normal blood sugar levels are 80 to 100 before a meal and less than 180 in the 1 to 2 hours after a meal. Home Care: Follow these guidelines when caring for yourself at home: Follow the diet your healthcare provider gives you. Take insulin or other diabetes medicine exactly as told to. Watch your blood sugar as you are told to. Keep a log of your results. This will help your provider change your medicines to keep your blood sugar under control. Try to reach your ideal weight. You may be able to cut back on or not have to take diabetes medicine if you eat the right foods and get exercise. Do not smoke. Smoking worsens the effects of diabetes on your circulation. You are much more likely to have a heart attack if you have diabetes and you smoke. Take good care of your feet. If you have lost feeling in your feet, you may not see an injury or infection. Check your feet and between your toes at least once a week. Wear a medical alert bracelet or necklace, or carry a card in your wallet that says you have diabetes. This will help healthcare providers give you the right care if you get very ill and cannot tell them that you have diabetes.

**Preventive:**
   CMS Survey/Counseling for Meaningful Use, May not be clinically relevant to visit.:
      BMI Follow up Plan:
         Above Normal BMI Follow-up  *** *If above normal BMI - Exercise and Diet Encouraged* ***
         Below Normal BMI Follow-up  *** *If Below Normal BMI - Lifestyle and Diet education Recomended* ***
      BP Management:
         Instructions:  *** *Diet, Lifestyle, treatment and/or referral provided as needed* ***
      Alcohol Counseling:
         ETOH Consumption:  *** *Recommendation provided if needed* ***
      Smoking:
         Options for smoke cessation  *** *If you smoke, ask us about options to quit* ***
**Follow Up:** Follow up with PCP in 2-3 days for further evaluation Return here or ER IMMEDIATELY if worsen or no improvement

**Billing Information:**
   **Visit Code:** 99214 4_Office Visit, Est Pt., Level 4.
   **Procedure Codes:**

**Provider:** SHRUTI PATEL, MD
**Patient:** RAYO, MARVELI  **DOB:** 11/06/1977  **Date:** 01/15/2019

Electronically signed by SHRUTI PATEL , MD on 01/15/2019 at 08:30 PM EST
Sign off status: Completed

MD.NOW.DOS.011519-000006



**RAYO, MARVELI**
11/06/1977
2019-01-15

BRK MD NOW MEDICAL CENTERS INC

# Visit Summary

**Diagnosis**
Type 2 diabetes mellitus without complication, without long-term current use of insulin Medication refill Essential hypertension Other iron deficiency anemia

**Additional Notes**
-

**Referral Information**
-

**Next Appointment**
Follow up with PCP in 2-3 days for further evaluation Return here or ER IMMEDIATELY if worsen or no improvement

# Prescriptions

| | Medication | Pharmacy | Status | Notes | Other Info |
|---|---|---|---|---|---|
| Start | lisinopril | NAVARRO DISCOUNT PHARMACY #03 | eRx | - | once a day orally 0 (Zero) 30 day(s) 2.5 mg 1 tab(s) 30 tablet |
| Start | metformin | NAVARRO DISCOUNT PHARMACY #03 | eRx | - | 2 times a day orally 0 (Zero) 30 day(s) 500 mg 1 tab(s) 60 tablet |
| Start | ferrous sulfate | NAVARRO DISCOUNT PHARMACY #03 | eRx | - | 2 times a day orally 0 (Zero) 30 day(s) 325 mg 1 tab(s) 60 Tablet tablet |

**ABOUT YOUR RESPONSIBILITIES**
AFTER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR PROBLEM AND OBSERVE IT'S PROGRESS. IF YOU DO NOT IMPROVE AS EXPECTED, OR ARE WORSE, DO ONE OF THE FOLLOWING, IMMEDIATELY: CONTACT YOUR DOCTOR, OR SPECIALIST, OR CALL MD NOW, OR RETURN HERE

**THE DOCTOR THINKS YOUR SYMPTOMS MAY BE DUE TO DIAGNOSIS/ SYMPTOMS LISTED ABOVE**

Keep this in mind: **DIAGNOSIS WITH 100% CERTAINTY IS NOT POSSIBLE** in the Urgent Care Center. Therefore, if you find you are not getting better, another diagnosis is possible, and you must see your doctor, or return here.

**Above Normal Body Mass Index:** Today, your Body Mass Index (BMI) was measured above 30. The correlation between the BMI and body fatness is fairly strong[1,2,3,7], but even if 2 people have the same BMI, their level of body fatness may differ[2]. In general, At the same BMI, women tend to have more body fat than men. At the same BMI, Blacks have less body fat than do Whites[13,14], and Asians have more body fat than do Whites[15] At the same BMI, older people, on average, tend to have more body fat than younger adults. At the same BMI, athletes have less body fat than do non-athletes. The accuracy of BMI as an indicator of body fatness also appears to be higher in persons with higher levels of BMI and body fatness.[16] While, a person with a very high BMI (e.g., 35 kg/m$^2$) is very likely to have high body fat, a relatively high BMI can be the results of either high body fat or high lean body mass (muscle and bone). A trained healthcare provider should perform appropriate health assessments in order to evaluate an individual's health status and risks.

**Patient Portal:** If you provided us with your e-mail address you will receive a user name and temporary password that will allow you to log in to your **Patient Portal** where you will be able to view your Visit Summary of your visit with the provider. You will receive an email with this information. If you did not provide us with an e-mail address during registration, please inform Check Out before the end of your visit and request a Patent Portal Brochure.

MD.NOW.DOS.011519-000007

To access your Medical Discharge Instructions for today's visit: Log into Patient Portal. MDNOW.COM/PATIENTPORTAL. Once on the Dashboard, click on Medical Records, then click on Visit Summary. To Access Lab Results, click on Lab/ Diagnostic Results. Please note you will not have access to any reports from Diagnostic imaging facilities you may have been referred to. Report any changes in your condition or concerns you may have immediately to MD Now Urgent Care Center, your Family Physician, or go to the nearest Hospital Emergency Room.

If there is NO improvement, or your condition WORSENS, call your Primary Care Physician, RETURN to MD NOW Urgent Care Center, or go to the nearest Emergency Room. If you are experiencing a life-threatening emergency call 911! *Federal law defines an emergency medical condition as follows:*
*An "emergency medical condition" means a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain, psychiatric distrubances, and/or symptoms of substance abuse) such that the absence of immediate medical attention could reasonably be expected to result in: Placing the health of the individual (or, with respect to a pregnant woman, the health of a woman of her unborn child) in serious jeopardy; Serious impairment to any bodily functions; Serious dysfunction of any bodily organ or part.*
If you think or feel that there is an emergency, but are not sure, assume it is an emergency and DIAL 911.

**PATIENT ACKNOWLEDGEMENT:**

I understand the physical examination, medical care or any vaccinations which I may have received are not intended to be complete and definitive care and treatment. I acknowledge I have been instructed to contact my Primary Care Physician, or a Specialist, immediately for continued and complete medical care and treatment. EKG's, X-Rays, and lab studies (if any) will be reviewed by our Physicians (not a Specialist). The patient may be notified of significant discrepancies. If requested, a Specialist referral will be given.

I understand, and agree, that all of my questions concerning my examination, medical treatment or vaccines have been answered. I agree I have read and reviewed this document and received Patient Education regarding my Visit.

**Next Appointment:** Follow up with PCP in 2-3 days for further evaluation Return here or ER IMMEDIATELY if worsen or no improvement

✔ Received discharge instructions           ✔ Verbalizes understanding           ✔ Prescription Given


MARVELI RAYO                                                                    2019-01-15

*Print Patient Name*                    *Patient Signature/Guarantor*           *Date*



**Notification of Diagnostic Test Results – Against Medical Advice (AMA)**
*(Complete when a patient refuses to sign in to discuss lab and/or diagnostic imaging results with the Medical Provider)*

Date: 1|15|19   Time: 553 pm   ☑ Lab Testing   ☐ Diagnostic Imaging

**IMPORTANT!!!** Specify what lab reports were given to the patient:

CMP, PT INR, CBC

I, (Patient's Name) Manuel _____, Date of Birth 11/06/11 have been advised by (Employee Name) Monica Martinez , the Medical Provider (Name) Tabi, George , and/or Staff at MD Now Medical Centers, Inc., that I am in need of the following:

☐ I have been advised that my Lab/Diagnostic Imaging Test Results are <u>within NORMAL limits</u>.

**OR**

☑ I have been advised that some of my Lab/Diagnostic Imaging Test Results are <u>NOT completely within normal range</u>, or are <u>ABNORMAL</u>.

In order for us to obtain a more correct diagnosis of your condition, our Provider recommends that you sign in for further evaluation and/or medical care. We would like to discuss these results personally with you, as you may have a condition which requires further testing and evaluation, prescription medication, referral to a medical specialist, or other continued monitoring or medical care.

This is to advise you that your lab results or diagnostic imaging results may be inconclusive without further evaluation. We strongly recommend you seek continued medical attention and the advice of a qualified healthcare practitioner. <u>Failure to do so may result in peril to your health and/or your life.</u>

**AGAINST MEDICAL ADVICE – PLEASE READ & SIGN**

**I understand that by refusing to sign in today for continued evaluation and discussion of my lab or diagnostic imaging results with a licensed Medical Practitioner, I may be placing my health in serious jeopardy.** I hereby voluntarily agree to accept this risk, and agree to release and hold harmless MD Now Medical Centers, Inc., its employees, agents, or assigns, including the above named Medical Provider(s), from any and all current and future liability whatsoever connected with my failure to seek continued medical advice as outlined herein.

**I also understand that MD Now strongly encourages me to seek the advice of the following specialist, if applicable, or in the least, to follow up with my Primary Care Physician regarding my lab results:**

☐ Specialist Referral List given to patient   ☑ Patient will follow up with Primary Care Physician

The effect and nature of my failure to obtain the medical opinion of a licensed Medical Practitioner, which may have included further evaluation, diagnosis, treatment, referral, transfer, or even immediate hospitalization, has been clearly explained to me. I understand and assume all of the risks and consequences. I also understand that I can always return here and sign in for continued evaluation and treatment, if I so decide.

**PLEASE DO NOT SIGN WITHOUT READING**

_____   1/15/19
Signature of Patient/Guardian/DDM       Date

_____   _____
Signature of Witness                Date

_____   _____
Provider Signature                  Date

MD.NOW.DOS.011519-000009


**MD NOW**
URGENT CARE

## Consent for Release of Medical & Billing Information

**Patient Information**

Last Name: _Rayo_                          First Name: _Marielle_

Birth Date: _11/06/77_                      SSN (last 4): _____

I, the above-referenced patient, hereby acknowledge and give authorization for the release and disclosure of medical records and billing information as follows:

**Records to Be Received From**

Practice Name: _____

Phone Number: _____

Fax Number: _____

**Requested Documentation**

Date(s) of Service:   From: _____   To: _____

Information to be released:

☐ Progress notes      ☑ Labs                ☐ Digital Imaging

☐ Physical Therapy    ☐ All Medical Records  ☐ Billing records

**Records to Be Sent To**

Name: _____

Address: _____

City, State, Zip: _____

Phone Number: _____

Fax Number: _____

Email: _____

By my signature, I understand that the question of privacy between MD Now Medical Centers, Inc., my attending physician, other physician(s), other listed parties, and the patient is waived. I fully understand that my medical record or billing information maintained in connection with the date(s) of service from inception until today may contain mental health, alcohol, and drug abuse history, Human Immunodeficiency Virus (HIV) test results, or Acquired Immunodeficiency Syndrome (AIDS) information. I understand that after the custodian of records discloses my health information, it may no longer be protected by federal privacy laws.

Any medical records or billing information authorized to be disclosed hereunder are privileged and confidential and may be disclosed only on my authorization, except as required by law. Once this information has been disclosed to the authorized party above, I acknowledge that it may be subject to re-disclosure by the recipient, and my privacy may no longer be protected. Only such records or information believed necessary for the purpose expressed shall be released and disclosed. I may inspect and arrange for photocopies of the record that are disclosed. If I refuse to sign this authorization, my medical record will not be released, except as required by law. I further understand that my records may not have been reviewed by the provider, and therefore, may not be considered as full and complete records for legal purposes. Should I require a legally verified and complete copy of my records, I will have my physician or legal representative submit a request for such records in writing, along with consent for release of medical records in order to comply with HIPAA regulations.

This authorization is valid for one year from the signed date, or until ___/___/___. I understand that I may revoke this authorization at any time (except to the extent that action has already been taken in good faith reliance on this authorization) by submitting revocation request to the medical records department.

By signing below, I represent and warrant that I have authority to sign this document and authorize the use or disclosure of protected health and billing information and that there are no claims or orders pending or in effect that would prohibit, limit, or otherwise restrict my ability to authorize the use or disclosure of this protected health or billing information.

Signature: _Marielle Rayo_                     Date: _1/15/19_

Print Name: _MARIELL RAYO_                     Phone No.: _786-548-6787_

Relationship to patient: _____

**Patient Name : RAYO, MARVELI**

**Payment Policy**

For commercial insurance, MD Now Medical Centers, Inc. (hereinafter referred to as ?MD Now?) collects from you the estimated amount of patient responsibility based on our insurance contracts and the eligibility information provided by your insurance company at the time of service. If nothing is owed at the time of service, then MD Now will not collect any money. Following your visit, you may receive an explanation of benefits (EOB) from your insurance company stating the amount paid by your insurer and the remaining balance owed by you, if any.

MD Now accepts credit / debit cards, checks, and cash as valid forms of payment.

As a courtesy to our patients, MD Now keeps a credit / debit card authorization on file for each patient visit and will charge the card for any balance not paid by your insurance for that visit only. MD Now will also automatically refund your card if there are any amounts owed to you.  If you have provided us your email address, you will receive an email with the receipt for any charge or refund. If your visit has a $0 balance, then there will be no further charge or refund.

The security of your personal information is very important to us, which is why your credit / debit card data is stored securely by First Data in a PCI DSS compliant credit card system, as required by VISA, MasterCard, American Express, and Discover. MD Now?s clinic staff do not have access to your credit card information, and the data is not stored on any MD Now computer system.

**Payment Authorization**

I authorize MD Now to charge my credit / debit card for any outstanding patient responsibility balances that remain after insurance reimbursements have been applied for authorized medical services received at MD Now.  I also authorize MD Now to issue a refund to the same credit / debit card if there is a balance due to me. I understand that I will be billed directly by, and agree to pay, MD Now for any outstanding balances should my credit / debit card be declined or cancelled. I also agree to reimburse MD Now the fees of any collection agency, which may be up to 40% of the balance owed, along with all costs and expenses, including reasonable attorneys? fees, if incurred in such collection efforts. If my account is sent to collections, such fees will be assessed by the collection agency on behalf of MD Now. Similarly, I understand that I may be responsible for my balance due to any chargeback, reversal, or dispute as a result of my credit card company?s or bank?s refusal to remit payment to MD Now.

Cardholder / Representative Authorizing Signature

Date

Cardholder / Representative Printed Name

Signed On:2019-01-15
06:01:010

## Patient Name : RAYO, MARVELI

**PATIENT CONSENTS, RESPONSIBILITIES, AND DISCLOSURES**

For purposes of these consents, responsibilities, and disclosures, the company names of ?MD NOW Medical Centers, Inc.?; ?Primary Care MD, Inc.?; and ?MD NOW Urgent Care, Inc.?; hereon will be referred to as ?MD NOW.?

*Section I:*

Registration Consent and Disclosure

Insurance verification and/or payment is required for every office visit, all medical services, and/or any time spent with one of our doctors or medical providers at the time of services.  There is always a Doctor working in the facility at all times; however, you may see a Certified Nurse Practitioner or Certified Physician?s Assistant (working alongside our board certified physician) after you check in to be seen.  You may specifically request to be seen by a physician; however, you may have to wait a little longer to do so.

There are no guarantees that any patient will improve, get better, or be cured. Patients may need to return for continued medical care, advice, or further treatment and will be required to pay at the beginning of each visit for any follow up care visits, return visits, and/or any time spent with a medical provider, to include additional medical services at the time of that visit. Medical advice may only be given after a patient is checked in and evaluated by one of the medical providers, and not by the front desk staff.  *The front desk staff does not have the authority to give any verbal guarantee of specific treatment or medications.*

Patients may be referred to another doctor, a specialist, a hospital, or the ER for continued care, additional medical advice, or more definitive medical care. There are no guarantees given, and a patient?s final diagnosis or continued treatment may differ from their initial evaluation, diagnosis, treatment, or plan of care. In medicine, there are no 100% guarantees of a cure or improvement, and payment is for the medical office visit, any services, and/or time with our medical providers.

**MD NOW is not a "pain clinic" and as such, MD NOW does not provide long term or chronic pain management services.  MD NOW does NOT administer, dispense, or prescribe Oxycontin, Methadone, MS Contin, or similar class II narcotic pain medication or Suboxone (Subutex) treatments. All prescriptions, therapies, medical analyses, and treatments are rendered under a provider's license, and there are no guarantees that MD NOW providers will prescribe a specific medication that you may desire.**

Only after a medical examination is performed, a licensed medical provider may prescribe, dispense, or administer a medication if believed to be appropriate for your medical treatment. All medications are given under our medical providers? licenses, and **no refunds will be given because the treatment, prescription, or drug of your choice was not given.**  Our front desk staff is not authorized to provide or suggest any medical advice, make any agreements regarding the nature of the care you will receive, and/or guarantee that a specific treatment or medication will be provided.

It is the policy of MD NOW that patients and visitors are responsible for all personal belongings and valuables brought within any of the facility premises, including patient rooms. MD NOW will not assume liability or legal responsibility for replacing or making reimbursements of lost, misplaced, stolen, or damaged belongings and valuables.

If you have any questions, comments, advice, or complaints regarding your medical care, please feel free to contact the Medical Director and/or Office Administrator at info@mymdnow.com. If you have any billing questions, please contact our billing department at billing@mymdnow.com. You may also contact MD NOW?s administration/billing at 561-420-8555. The billing department is available for questions Monday through Friday 8am-8pm, and Saturday and Sunday 8am-4pm.

*By signing on the signature page, I understand and agree to the contents of section I.*

*Section II:*

Health Insurance Portability and Accountability Act

Consent for Purposes of Treatment, Payment, and Healthcare Operations:

By signing this form, I consent to the use or disclosure of any protected health information for the purpose of diagnosis, providing treatment, continuation of care, obtaining payment for rendered health care services and procedures, and to conduct health care operations.

I understand that I have the right to request a restriction as to how my protected health information is used or disclosed to carry out treatment, payment, or healthcare operations of the practice. MD NOW is not required to agree to the restrictions that I may request.  I have the right to revoke this consent in writing, at any time, except to the extent that MD NOW has taken action in reliance on this account.

My ?protected health information? means health information, including my demographic information collected from me, and collected or received by my physician, another health care provider, a health plan, my employer, or a health care clearinghouse. This protected health information can be related to my past, present, or future physical or mental health or condition, and identifies me, or there is a reasonable basis to believe this information may identify me.

I understand I have the right to review, MD NOW?s Notice of Privacy Practices prior to signing this document and that MD NOW's Notice of Privacy Practices has been made available to me. The Notice of Privacy Practices describes the types of uses and disclosures of my protected health information that can occur in my treatment, payment of my bills, or in the performance of health care operations of MD NOW.

MD.NOW.DOS.011519-000012

the Notice of Privacy Practices. I may obtain a revised notice of privacy practices by calling the office and requesting a revised copy be sent by mail or by asking for one at the time of my next appointment. I understand that the notice is posted on MD NOW?s web site at: *http://www.MyMDNow.com/HIPAA.html*
*By signing on the signature page, I understand and agree to the contents of section II.*

**Section III:**

Insurances and Accepted Forms of Payment

Self-Pay:  MD NOW has affordable self-pay fees for office visits, vaccinations, and other comprehensive medical services. You can pay via debit, credit, cash, or check. Please inquire at the front desk for these prices, or ask the medical assistant at time of service.

Private Health Insurance:  MD NOW accepts most major Florida health insurances (e.g., Aetna, Cigna, BCBS, United, Humana, Avmed, etc.), and some travel and other commercial insurances, including select PPOs and HMOs.  However, you are responsible for payment of your bill, regardless of any insurance company?s arbitrary determination of usual and customary rates.  MD NOW will attempt to verify your coverage; however, this is a contract between you and your insurance company and not a substitute for payment. Deductibles, co-pays, and coinsurance are your financial responsibility under your benefit plan. Some services may not be covered under our contract with the insurance; MD NOW will attempt to advise you in advance of the costs.

Workers? Compensation:  According to Florida state law, all claims sent for patients being treated due to a workers? compensation injury will be sent through the workers? compensation insurance.  Health insurance policies generally exclude payment for any benefits for work-related injuries; therefore, we cannot file to your health insurance unless the injury is denied by your employer because it is not work-related, or your employer elects to pay out of pocket for your care.  Billing and specific workers? compensation injury related information may be sent to your employer (Florida Statute Chapter 440).

Motor Vehicle Accidents:  According to Florida state laws, all claims sent for patients being treated due to a motor vehicle accident will be sent through the individual patient?s auto insurance policy.  All claims will be submitted according to the coordination of benefit rules of the primary payer (auto insurance).  MD NOW may not file under your health insurance as a secondary to the auto insurance (per 42 U.S.C. 1395y (b) (2) and 1862(b) (2) (A) (ii) of the Act). See PIP packet for further details.

Medicare:MD NOW accepts Medicare and follows its guidelines in submitting claims to Medicare and any in-network Medicare replacement plans. If you do not have a secondary insurance, you will be responsible for your deductible, coinsurance, and non-covered services. MD NOW will submit to your secondary insurance if we are in-network; however, depending on your policy, you may be responsible for any remaining balance.

Medicaid:  MD NOW does not accept Medicaid, except for a few select HMO plans (Amerigroup, etc.).
 *By signing on the signature page, I understand and agree to the contents of section III*

**Section IV:**

Patient Consents and Responsibilities

INFORMED CONSENT FOR GENERAL MEDICAL AND MINOR SURGICAL TREATMENT:  I hereby authorize MD NOW, the physician(s), physician assistant(s) and/or the nurse practitioner(s) in charge of my care to administer any treatment, receive results of tests and services rendered, administer anesthetics and medications, and perform surgical procedures, laboratory tests (including blood tests for any disease or condition and any genetic test, as appropriate). Consent is given for MD NOW to provide these treatments and procedures, as outlined in its list of services provided (and/or discussed with the provider). Risks and/or benefits will be discussed with the physician(s), physician assistant (s) and/or the nurse practitioner(s) and/or documented, as appropriate. I acknowledge that I have the opportunity to discuss any questions, issues, or concerns with the provider prior to receiving any testing, treatment, or minor procedure for my condition. Any and all results will remain the property of the patient and shall remain confidential. I also authorize MD NOW, the physician(s), physician assistant(s), and/or the nurse practitioner(s) in charge of my care to dispose of any tissues or body parts removed, as deemed necessary or advisable in my diagnosis and treatment. I understand that no guarantee has been made as to the results of the care, treatment, and/or medications given to me. I understand that Urgent Care Medicine is not intended to be complete and definitive care and/or treatment, and as such it is even more important that I follow up with my internal medicine physician, pediatrician, or family medicine practitioner, and with any and all specialists recommended to me by MD NOW?s staff.

FINANCIAL AGREEMENT:  I hereby guarantee payment of all charges incurred for services rendered at MD NOW unless a current valid authorization for payment is provided by my employer or insurance company.  I hereby acknowledge that if I am over the age of 18 years old, I am personally responsible for any amounts deemed as patient responsibility, whether I am listed as a dependent of or the policy holder of any insurance plan. In addition, I understand that if I am the legal representative or custodian of a minor, I assume any and all financial responsibility resulting from services rendered to the minor. I understand the cost of my medical care is dependent upon the nature and complexity of my illness or injury, and the determination of which can only be established by the physician or medical practitioner in charge of my care. Additional charges for lab work, x-rays, medications, physical therapy, and pharmacy services may apply. I understand that any verbal information given to me by center staff regarding MD NOW fees and services is for informational purposes only and represents in no way a contract between MD NOW and me. No verbal contracts have

than $1 (one dollar), your account may have a credit balance. The amount will be rounded to the next dollar.

RELEASE OF LIABILITY: In consideration for the rendition of medical services, I hereby voluntarily release, waive, and discharge MD NOW, their staff, contractors, lessors, heirs, successors, and/or assigns from any and all claims, demands, damages, costs, loss of services, expenses, compensation, and causes of action of any nature whatsoever connected with the rendition of medical services which I, my spouse, my heirs, my assigns, my legal representatives, or my successors may have against any of them arising out of, or in any way growing out of personal injuries or death having already resulted or to result at any time in the future, whether or not they are in the contemplation of the parties at the present time. I understand that this waiver includes any claims based on negligence, action or inaction of MD NOW, their staff, contractors, lessors, heirs, successors, and/or assigns. I understand I have other options to seek medical treatment elsewhere, but I voluntarily choose to be treated here. I have carefully read this release and fully understand and agree with its contents. I am aware that this is a release of liability and a contract between myself and MD NOW and said staff, employees, and contractors, and I sign it of my own free will.

ASSIGNMENT OF BENEFITS: If MD NOW participates with my insurance program(s), I understand that MD NOW, as a courtesy to me, will submit the charges for my visit to my primary and secondary insurance carriers. I assign payment directly to MD NOW. I understand that I am financially responsible for any covered or non-covered services which are not paid by my primary or secondary insurance. Any credit balance resulting from payment of insurance or other sources may be applied to other accounts owed to MD NOW or physicians by the insured or family.

PRIVATE INSURANCE: I understand that ?insurance? is a contract between my insurance company and me and not a substitute for payment and that I am responsible for payment of my bill regardless of any insurance company?s arbitrary determination of usual and customary rates. I hereby acknowledge that if I am over the age of 18 years old, I am personally responsible for any amounts deemed as patient responsibility, whether I am listed as a dependent of or the policy holder of any insurance plan. In addition, I understand that if I am the legal representative or custodian of a minor, I assume any and all financial responsibility resulting from services rendered to the minor. If there is any question regarding coverage, benefits, or payment for services provided, I understand that it is my responsibility to resolve it. Furthermore, a fee of $20 shall be applied to my account in the event that my insurance reverses a claim payment for any reason.

FINANCIAL RESPONSIBILITY AND COLLECTION: If my balance is not paid after 60 days, the information necessary for collection purposes will be forwarded to a professional collection agency. Furthermore, refundable credits of less than $20 will be applied towards any outstanding balances and/or held as credit on account for any future visits unless a refund is requested. After each year, a fee of $10 may be applied to my delinquent account. Further, in the event of referral to a collection agency or other third party, I agree to pay a charge of up to 40% of the outstanding principal amount of any balance not paid after 60 days to cover MD NOW?s and/or any third party?s collection-related costs. In the event of any dispute regarding payment for services provided, I agree to pay all attorney?s fees and court costs incurred at both the trial level and in any appellate court.

MEDICARE ASSIGNMENT AND AUTHORIZATION TO RELEASE INFORMATION AND PAYMENT REQUEST: I certify that the information I provided to apply for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authorize the release of all medical or other information to Social Security Administration. I assign benefits that payment be made directly to MD NOW for charges that MD NOW may be authorized to bill. I understand that I am responsible for any deductibles, coinsurances, co-payments, and non-covered services, as applicable.

USES AND DISCLOSURES OF HEALTH INFORMATION: I understand that MD NOW will use and disclose my personal health information to provide treatment, process payment claims, and/or as necessary for healthcare operations (e.g., Utilization Review, etc.), or as required by law. This includes release of information to insurance carriers, third party payers or their agents, ancillary medical providers (e.g., physical therapy, occupational therapy, imaging facilities, etc.), other medical providers, and law enforcement agencies with any right to privacy waivers, including any treatment for mental illness, alcohol abuse, drug abuse, and/or HIV, as may be necessary. For details of uses and disclosures, refer to MD NOW?s Notice of Privacy Practices.

PATIENT HIPAA FORM: I have been given the opportunity to review MD NOW?s Health Insurance Portability and Accountability Act Notice of Privacy Practices.

EMAIL NOTIFICATION: I was given the option of ?opting in? to receive email communication, patient portal access, surveys, and newsletters. I understand that if I provide an email address, I may receive emails from MD NOW.

   By signing on the signature page, I understand and agree to the contents of section IV.

**Notice About Nondiscrimination and Accessibility Requirements**

*Section V:*

Discrimination is Against the Law

MD Now Urgent Care complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. MD Now Urgent Care does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

MD Now Urgent Care:

Provides free aids and services to people with disabilities to communicate effectively with us, such as:

Qualified sign language interpreters.

Written information in other formats (large print, audio, accessible electronic formats, other formats)

Provides free language services to people whose primary language is not English, such as

Qualified interpreters

Information written in other languages

If you believe that MD Now Urgent Care has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance with: Clinical Quality Assurance Coordinator, 2007 Palm Beach Lakes Blvd., West Palm Beach, FL 33409, Tel: 561-420-8555, Fax: 561-420-8550, Email: info@mdnow.com

You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Clinical Quality Assurance Coordinator, is available to help you. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at: https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services, 200 Independence Avenue, SW, Room 509F, HHH Building Washington, D.C. 20201

1-800-368-1019, 1-800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

*By signing on the signature page, I understand and agree to the contents of section V.*

*By my signature, I certify that I am the patient or the patient?s legal representative, and I have completely read and I fully understand and am in agreement with all the consents, releases, responsibilities, and disclosures contained in this record (Sections I, II, III, IV, & V) and voluntarily execute them. I understand that the consents regarding my personal health information are subject to revocation at any time, except to the extent that action has been taken in reliance thereon, and that said consents shall remain in effect until I choose to revoke them in writing.*

*Signature of Patient or Personal Representative                    Date*
*Please inquire at the front desk if you have any questions regarding the above. Any billing questions, issues, concerns, or comments, please email info@mymdnow.com, or call 561-420-8555.*

Signed On:2019-01-15
06:01:004

Summary View for RAYO, MARVELI                                              Page 1 of 1

 **MD NOW®**
**URGENT CARE**

**RAYO, MARVELI**
41 Y old Female, DOB: 11/06/1977
3223 NW 11TH CT, MIAMI, FL, US 33127-3219
Home: 789-548-6787
Provider: A Inc, Brickell

**Telephone Encounter**

**Answered by**    Martinez, Monica                          Date: 01/15/2019
                                                              Time: 09:10 AM

**Caller**         Monica

**Reason**         Test results

**Message**        CALLED PATIENT REGARDING ABNORMAL LAB TEST RESULTS AND LEFT A MESSAGE ON
                   PATIENT'S ANSWERING MACHINE STATING:
                   We are calling from MD Now Medical Centers to advise them that we have their lab results and they
                   have the chance to return for their follow up appointment sooner than scheduled if they would like to.
                   Also, to please contact the office at thier earliest convenience.

Patient: RAYO, MARVELI   DOB: 11/06/1977   Provider: A Inc, Brickell   01/15/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

MD.NOW.DOS.011519-000016

Summary View for RAYO, MARVELI | Account Number:1557333

Page 1 of 3

**Progress Notes**

**Patient:** RAYO, MARVELI
**Account Number:** 1557333
**DOB:** 11/06/1977  **Age:** 41 Y  **Sex:** Female
**Phone:** 789-548-6787
**Address:** 3223 NW 11TH CT, MIAMI, FL-33127-3219

**Provider:** SHRUTI PATEL, MD

**Date:** 01/15/2019

---

## Subjective:

**Chief Complaints:**
1. Check for results.

**HPI:**
  Assessment
    Physical
      Type of Physical: *Other (list)*
      Additional details:  *Pt presents to explain lab results*
    MD note- 41 year old female here to discuss lab results. she is requesitng refills on meds for dm, htn. takes metformin 500mg bid, unsure of last a1c, does not check bg at home. FBG done in office 148. currently in between primary care physicians. also requesting refill on lisinopril 2.5mg daily. no chest pain, dyspnea, palpitations, headaches, vision changes.

**ROS:**
  Constitutional:
    Fatigue/Weakness yes. no Muscle Cramps/Spasm. no Shortness of Breath. no Vertigo/Dizziness. no Headaches. no Bleeding. no Loss of appetite/Anorexia.
  Allergy:
    no Runny nose. no Sinus congestion. no Post-nasal drip.
  Cardiology:
    no Chest pain. no Palpitations. no Leg swelling/edema. no Dizziness/Vertigo. no Shortness of breath. no Irregular Beats. no Murmurs.
  Endocrinology:
    no Fatigue.
  ENT:
    no Cough. no Sore throat. no Nasal congestion.
  Gastroenterology:
    no Nausea. no Vomiting. no Abdominal pain. no Diarrhea. no Constipation.
  Hematology/Lymph:
    no Swollen Lymph Nodes. no Easy bruising.
  Musculoskeletal:
    no Back pain. no Numbness/Tingling. no Neck pain.
  Neurology:
    no Headache. no Numbness and Tingling. no Dizziness/Vertigo. no neck stiffness.
  Opthalmology:
    no Diminished vision. no Blurring of vision. no Loss of vision.
  Respiratory:
    no Shortness of breath. no Cough. no Wheezing. no Hyperventilation/Tachypneic.

**Medical History:** HIGH BLOOD PRESSURE, Diabetes mellitus.

**Surgical History:** CHILD BIRTH .

**Family History:** Father: deceased. Mother: alive.

**Social History:**
  Smoking/ Tobacco Use Assessment
    Smoking history *Patient is a Non-smoker*
    Interest in quiting *Patient is a Non-smoker*
  Alcohol Screening
    Did you have a drink containing alcohol in the past year? *No*
    If "Yes": How Often? *Monthly or Less*

If "Yes": How many drinks did you have day?  *0*
If "Yes": How often did you have 6 or more drinks on one ocassion?  *Never*
**Medications:** Taking metformin , Medication List reviewed and reconciled with the patient
**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Initials MM, BP 122/74, HR 84, RR 18, O2 Sat 100, Temp 98.3, Ht 60, Wt 160 lbs, BMI 31.24 Index, Pain 0 to 10 (10 worse) 0, Last Tetanus UNK, Preg? Denies, LMP NA.

**Examination:**
General Examination:
General NAD, Normal and Healthy Appearing, Alert & Oriented x 3, Active & Ambulatory.
HEENT PERLA, EOMI, pharynx and tonsils normal, TM's clear, Ear canals normal, nose clear.
Oral cavity Normal-no lesions, airway patent.
Neck supple, no lymphadenopathy, normal ROM of C-Spine.
Heart Normal, RSR, normal S1/S2, No Murmurs.
Lungs CTA/Normal, No Crackles, Rhonchi or Wheezes, good air exchange.
Abdomen soft, NT/ND, BS present, no rebound, guarding or rigidity, no masses felt, no hepatosplenomegaly.
Neurologic exam No focal deficits/Grossly Intact/Unremarkable, no meningeal signs, gait normal, normal strength, tone and reflexes, neuromuscular intact.
Skin normal, no rash .
Peripheral pulses normal (2+) bilaterally.
Back no CVA tenderness, normal ROM of spines.
Extremities normal ROM, no clubbing, cyanosis or edema, Muscle tone and Sensations normal, NO Homans Sign, all other joints & extremities normal, no obvious abnormality/injury noted.

## Assessment:

**Assessment:**
1. Type 2 diabetes mellitus without complication, without long-term current use of insulin - E11.9 (Primary)
2. Medication refill - Z76.0
3. Essential hypertension - I10
4. Other iron deficiency anemia - D50.8

## Plan:

**1. Type 2 diabetes mellitus without complication, without long-term current use of insulin**
Start metformin tablet, 500 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60, Refills 0 (Zero) .
Notes: patient requesting refills on metofrmin 500mg BID. FBG 148 on recent lab work. unsure of last a1c. is looking to establish care with new pcp.
**2. Essential hypertension**
Start lisinopril tablet, 2.5 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 0 (Zero) .
Notes: BP well controlled on meds. given refill x1 month.
**3. Other iron deficiency anemia**
Start ferrous sulfate tablet, 325 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60 Tablet, Refills 0 (Zero) .
Notes: per labs, hgb 10.1 with mcv 71 consistent with iron deficiency anemia. will given ferrous sulfate. needs to have labs redrawn in 4 weeks with us or pcp. ed precuations given for any signs or symptoms of bleeding.

**4. Others**
Notes:

Diabetes is a long-term health problem. It means your body does not make enough insulin. Or it may mean that your body cannot use the insulin it makes. Insulin is a hormone in your body. It lets blood sugar (glucose) reach the cells in your body. All of your cells need glucose for fuel. When you have

diabetes, the glucose in your blood builds up because it cannot get into the cells. This buildup is called high blood sugar (hyperglycemia). Your blood sugar level depends on several things. It depends on what kind of food you eat and how much of it you eat. It also depends on how much exercise you get, and how much insulin you have in your body. Eating too much of the wrong kinds of food or not taking diabetes medicine on time can cause high blood sugar. Infections can cause high blood sugar even if you are taking medicines correctly. These things can also cause low blood sugar: ,Missing meals, Not eating enough food, Taking too much diabetes medicine. Diabetes can cause serious problems over time if you do not get treated. These problems include heart disease, stroke, kidney failure, and blindness. They also include nerve pain or loss of feeling in your legs and feet, and gangrene of the feet. By keeping your blood sugar under control you can prevent or delay these problems. Normal blood sugar levels are 80 to 100 before a meal and less than 180 in the 1 to 2 hours after a meal. Home Care: Follow these guidelines when caring for yourself at home: Follow the diet your healthcare provider gives you. Take insulin or other diabetes medicine exactly as told to. Watch your blood sugar as you are told to. Keep a log of your results. This will help your provider change your medicines to keep your blood sugar under control. Try to reach your ideal weight. You may be able to cut back on or not have to take diabetes medicine if you eat the right foods and get exercise. Do not smoke. Smoking worsens the effects of diabetes on your circulation. You are much more likely to have a heart attack if you have diabetes and you smoke. Take good care of your feet. If you have lost feeling in your feet, you may not see an injury or infection. Check your feet and between your toes at least once a week. Wear a medical alert bracelet or necklace, or carry a card in your wallet that says you have diabetes. This will help healthcare providers give you the right care if you get very ill and cannot tell them that you have diabetes.

**Preventive:**
 CMS Survey/Counseling for Meaningful Use, May not be clinically relevant to visit.:
  BMI Follow up Plan:
   Above Normal BMI Follow-up  *** *If above normal BMI - Exercise and Diet Encouraged* ***
   Below Normal BMI Follow-up  *** *If Below Normal BMI - Lifestyle and Diet education Recomended* ***
 BP Management:
  Instructions:  *** *Diet, Lifestyle, treatment and/or referral provided as needed* ***
 Alcohol Counseling:
  ETOH Consumption:  *** *Recommendation provided if needed* ***
 Smoking:
  Options for smoke cessation  *** *If you smoke, ask us about options to quit* ***
**Follow Up:** Follow up with PCP in 2-3 days for further evaluation Return here or ER IMMEDIATELY if worsen or no improvement

**Billing Information:**
 **Visit Code:**  99214 4_Office Visit, Est Pt., Level 4.
 **Procedure Codes:**

**Provider:** SHRUTI PATEL, MD
**Patient:** RAYO, MARVELI  **DOB:** 11/06/1977  **Date:** 01/15/2019

Electronically signed by SHRUTI PATEL , MD on 01/15/2019 at 08:30 PM EST
Sign off status: Completed